# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

### CIVIL COMPLAINT

Barry Thomas Courtney

_____,

*(Write the full name of each Plaintiff*
*who is filing this complaint. If the*
*names of all the plaintiffs cannot fit*
*in the space above, please write*
*"see attached" in the space and*
*attach an additional page with the*
*full list of names.)*

**v.**

Camille F. Brockman

Judy Jane Colesten

Coleston

_____,

*(Write the full name of each Defendant*
*who is being sued. If the names of all*
*the Defendants cannot fit in the space*
*above, please write "see attached" in*
*the space and attach an additional*
*page with the full list of names.)*

_____/

**Case No.:** _____
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☐ YES   ☒ NO

Unless determined
Otherwise

FILED USDC FLND TL
JAN 20 '21 AM 11:31

## I. PARTIES TO THIS COMPLAINT

### A. Plaintiff(s)

1. Plaintiff's Name: _BARRY Thomas Courtwey_

PoBox 1288
for mailing

Address: _187 woodville Hwy_
_~~Talla~~ Crawfordville FL._

City, State, and Zip Code: _32327_

Telephone: _850 508 5273_ *(Home)* _850 443 5535_ *(Cell)*

2. Plaintiff's Name: _____

Address: _____

_____

City, State, and Zip Code: _____

Telephone: _____ *(Home)* _____ *(Cell)*

*(Provide this information for any additional Plaintiffs in this case by attaching an additional page as needed.)*

### B. Defendant(s)

1. Defendant's Name: _Camillo F. Brockman_

Name of Employer *(if relevant)*: _____

Address: _3050 Highland Oak Terrace Suite 5_
_Talla hassee FL. 32301_

City, State, and Zip Code: _____

2. Defendant's Name: _Judy Jones Colestn_

Name of Employer *(if relevant):* _____

Address: _3050 Highland Oak Terrace_ Suite 5

_Tallahassee FL 32301_

City, State, and Zip Code: _____

3. Defendant's Name: _____

Name of Employer *(if relevant):* _____

Address: _____

_____

City, State, and Zip Code: _____

*(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction. Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties. A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331. A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000.  28 U.S.C. § 1332.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal Question          ☐ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A.  If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the

United States Constitution that are at issue in this case: _____

Grand Theft, ~~Attempted~~

ATTEMPTED  Extortion

_____

_____

B.  If the Basis for Jurisdiction is Diversity of Citizenship:

1. Plaintiff(s)

a.  Plaintiff is an individual and a citizen of: _____

b.  If any Plaintiff is a business or corporation, list the State where the

business is incorporated _____ or has its principal

place of business: _____

_____

*(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional Plaintiffs.)*

2. Defendant(s)

a. If the Defendant is an individual, identify their citizenship below.

1. Defendant *(name)* ___BARRY Thomas Courtney___

   is a citizen of *(State)* ___FLORida___

2. Defendant *(name)* _____

   is a citizen of *(State)* _____

3. Defendant *(name)* _____

   is a citizen of *(State)* _____

b. If the Defendant is a corporation or business, list the state of incorporation or principal place of business below.

1. Defendant *(name)* _____

   State of Incorporation is _____

   or Principal Place of Business is _____

2. Defendant *(name)* _____

   State of Incorporation is _____

   or Principal Place of Business is _____

*(Attach additional page if necessary to list all Defendants.)*

3. Have you previously been involved in litigation with one or more

of the named Defendants?

☐ Yes    ☐ No

If yes, identify prior case #: _____ Date: _____

Court: _____

Defendant: _____

Judge: _____

Result: _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim.  Do not make legal arguments or quote from cases.  State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law.  Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident.  If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged.  Attach no more than two (2) additional pages to state your claim.

please see appended data
3 sheets

_____

_____

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the
court to order.  Do not make legal arguments.  Include any basis for claiming
that the wrongs alleged are continuing at the present time.  Include the
amounts of any actual damages claimed for the acts alleged and the basis for
these amounts.  Include any punitive or exemplary damages claimed, the
amounts, and the reasons you claim you are entitled to actual or punitive
money damages.  _Request assistance in recovery_
_of valuable art works, wrongful behavior_
_and apparent criminal intent_

_____

## V. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below
that to the best of my knowledge, information, and belief, this complaint: (1)
is not being presented for an improper purpose, such as to harass, cause
unnecessary delay, or needlessly increase the cost of litigation; (2) is
supported by existing law or by a non-frivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: _1/20/2(_ Plaintiff's Signature: _Barry Th Courtney_

Printed Name of Plaintiff: _BArry Th Courtney_

Address: _187 Woodville Hwy - Crawfordville, FL. (PO BOX 1288, Woodville FL. 32362_

E-Mail Address: _BARRY.T.Courtney @ gmail.com_

Telephone Number: _850 508 5273_

*(Additional signature pages must be attached if there is more than one Plaintiff.)*

# ADELSON LAW FIRM

THE LAW OFFICES OF M.B. ADELSON IV, P.A.
3454 Lakeshore Drive
Tallahassee, Florida 32312-1485

Telephone : (850) 523-0606
2d Line    : (850) 309-0606
email: natreslaw@gmail.com

M.B. Adelson, LL.M.*
*Certified Civil Mediator

January 18, 2021

To: Leon County, State of Florida, and Federal law enforcement officials and
agencies

Re: Barry Courtney, Complainant/Victim, and his request for assistance for:
    - Theft and related wrongful property possession and concealment,
    - by Camille Brockman, Judy Jones-Colston, Brockman & Jones, LLC, and
their associates and agents
    - recovery of his property to his possession

The attached documents and information are submitted in support of and as
corroborating information and documentation for Mr. Barry Courtney's report
and request for assistance that he brings to you for criminal investigation and
assistance in recovering his property, which consists of some specifically
identified, very historically and financially high-value artworks, which have been
stolen from him and are also involved in the perpetrators' extortion demands as
a condition of return of his property, as further explained and identified below.

Mr. Courtney acquired the subject artworks, incident to his art and antique
business, from an estate that offered the subject art items for sale and purchase.
Mr. Courtney, on information and belief, and subsequently his research,
recognized the subject art items likely were the work of the famous American
artist Winslow Homer.  Accordingly, he engaged and contracted with Camille
Brockman, Judy Jones-Colston, d/b/a Brockman & Jones, LLC, (hereinafter
"Brockman et al") to assist him with a formal provenance investigation to identify
and validate these potential additions to Winslow Homer's body of artwork and
personal papers. Without any intent to trivialize, the circumstances may in fact
be a fortunate discovery of "an unidentified Rembrandt at an estate sale".  Mr.
Courtney was induced to engage and entrust Brockman et al based on his
personal familiarity and long-standing friendly acquaintance with her, and her
professional art-world involvement.  He entered into a written contract with her
and her business, and a subsequent written amendment, both of which are
included in the attached materials, and eventually, during the contractual
period of performance,  Brockman et al persuaded Mr. Courtney to provide

Page 1 of  4

actual possession of the "original" art works and related materials to them (after, and in addition to, the accurate and complete "copies" of his art works already provided to them at instigation of the contractual relationship), which he did, according to their reasons asserted for taking possession of the originals. (Please refer to the attached "Affidavit of Barry Courtney Regarding His Ownership of Seven Watercolor Paintings" at Tab 1 for more details; see also the detailed art inventory and art-provenance analysis, with pictures and text, at Tab 3 and 3-A)

Please be advised, as a precursor to your law enforcement agency's involvement, that Mr. Courtney was advised to and did officially register his inventory of stolen artworks with "The International Art and Antique Loss Register Limited" (www.artloss.com) which is headquartered in London, United Kingdom; under "Registration reference **R00020155**".  This law firm will provide access information for you (registered name/password) to this file immediately upon your request. (Tab 2)

Mr. Courtney's suspicions, frustrations, accumulating sense of being defrauded, and increasingly obvious fraudulent conduct and malfeasance under the purposes and expectations set forth in the "contract" by Brockman et al (see, for example, the materials and comments at Tab 4 referencing and analyzing "the A.B. Gerdts statement" and why it is invalid and misleading), together with continued refusals by Brockman et al to return the original art works to Mr. Courtney's possession, resulted in Mr. Courtney seeking legal advice, and presenting a "demand letter" to Brockman et al (copy included in the attached documents) with a clear and specific deadline for return of his property - which Brockman et al did not comply with - however Brockman et al did respond with an extortion demand for a substantial amount of money (which was and is completely outside of and unsupported by any term or condition set forth in the contractual relationship) as a condition of returning the art works to Mr. Courtney's possession.  The last location of the subject originals that Brockman et al identified to Mr. Courtney was in their commercial warehouse storage space leased from "ezStorage" ( www.ezstorage.com/ymd ) located at 807 S. Frederick Avenue (Route 355), Gaithersburg, MD, 20877-4146, telephone 240-683-8060 (Tab 5).  The original art works may in fact presently be back in the physical possession of Brockman et al; their place of business currently is 3050 Highland Oak Terrace, Suite 5, Tallahassee, FL, 32301.  An internet search at www.corporatewiki.com/Florida/Tallahassee/camille-f-brockman-996873.aspx shows 12 companies and multiple address locations in Tallahassee associated/identified with Ms. Brockman , including Brockman & Jones, LLC.

Mr. Courtney needs and requests the assistance of law enforcement to recover these possibly very valuable art works back into his possession, and to investigate and appropriately address the wrongful behavior and apparent criminal intent

Page 2 of  4

and activities of Brockman et al failing and refusing to return the subject property to its rightful owner, and such other wrongful conduct that may be discovered during your investigation.  Mr. Courtney can provide additional details of his well-founded suspicions sounding in theft, fraud, art fraud, attempted theft, attempted extortion, and other related unlawful activities.

This law firm, and also an art scholar/Art Department Head at a well known University (who has a thorough understanding of and numerous professional contacts in the Florida, United States and international art authentication and fine-art conservation, collecting and marketing systems), retained by Mr. Courtney in these matters, are ready, willing and available to assist law enforcement's efforts and activities in any way appropriate that would assist in recovery and return of Mr. Courtney's art works, and addressing the wrongful actions of those that have caused the reported circumstances that are substantially and meanly adverse to the rightful owner and his interests.

Attached hereto is an indexed compilation of documents submitted for your review and use to support, corroborate and provide evidence of the information and allegations that Mr. Courtney provides in his official report and statement to law enforcement and his request for their involvement and assistance. We can provide additional related information, identities of recognized art-expert authentication experts and descriptions of their professionally recognized methods, procedures and protocols, correspondence exchanged between Mr. Courtney and involved persons/entities, and such other evidence and explanatory materials that we have or can try to obtain for you upon your interest and request.

Please do not hesitate to contact the undersigned for whatever assistance and documentation you would find helpful and probative in the circumstances.

Respectfully,

M.B. Adelson, LL.M.
Attorney for Barry Courtney


MBA/
enclosures a/s (with Index page at page 4 of 4)
cc: Barry Courtney


Page 3 of  4

<u>INDEX OF ATTACHED DOCUMENTS</u>

Tab 1      Affidavit of Barry Courtney Regarding His Ownership of Seven
           Watercolor Paintings That Last-Known Others in Possession Refuse to
           Return to Him

Tab 2      Correspondence with and registration confirmation from The
           International Artloss Registry: file number R00020155

Tab 3      Information re: Art experts and their qualifications for Winslow Homer
           analysis and validation, discussion of these circumstances relevant
           to Art and Cultural Heritage laws, investigation practices, remedies
           sought, and useful references

Tab 3-A    The Barry Courtney Collection, detailed report with complete
           catalog/ inventory list, photographs, and detailed discussion and
           analysis of each item and particular provenance objective
           considerations and observations that indicate likely authenticity that
           these are the work of Winslow Homer

Tab 4      Detailed refutation analysis of an example among these
           circumstances indicating likelihood that Brockman et al have
           engaged in deliberate fraud, i.e., a critical analysis of their art-
           expert's expressed opinion ("the A B Gerdts statement") declaring
           the subject art works are **not** by Winslow Homer

Tab 5      information re: the "last identified location" by Brockman et al of the
           Courtney art works

Barry Courtney
AFFIDAVIT OF OWNERSHIP
DATED October 23, 2020

"EXHIBIT A"

"Contract for Agency: Personally-owned art works"
which is a
2-page contract, made between
Brockman & Jones, LLC, and Barry Courtney,
dated 11-05-2010
plus a one-page "Addendum to contract"
dated September 29, 2017

[total of three (3) pages]

<u>AFFIDAVIT OF BARRY COURTNEY</u>
<u>REGARDING HIS OWNERSHIP OF SEVEN WATERCOLOR</u>
<u>PAINTINGS THAT LAST-KNOWN OTHERS IN POSSESSION</u>
<u>REFUSE TO RETURN TO HIM</u>

STATE OF FLORIDA

COUNTY OF ___LEON___

BEFORE ME, the undersigned authority, on this day personally appeared <u>Barry Courtney</u> who, being first duly sworn, deposes and says:

1. I am over eighteen (18) years of age, and otherwise have full and complete legal capacity to make this Affidavit.

2. The statements herein are based on the personal knowledge of the Affiant, and also as the owner/proprietor of "Vintage 21", an antique and estate items merchant business.

3. I have made my living since 1975 examining, acquiring from and selling art and artistic objects from estates. I also regularly visit "flea markets", 2d-hand sellers, antique sellers, yard and garage sales and thrift shops to view, enjoy and occasionally acquire artworks and artistic objects to bring either to my personal collection or to offer them for sale in my "Vintage 21" retail store, which has been in operation continuously since 1975. It is how I make my living.

4. I have a long-held interest in watercolor artwork, and especially works by 19th Century American artists, and particularly works by and in the style of Winslow Homer. I have

studied this artistic genre in books, exhibits and museum
displays, published scholarly and popular articles and papers.
Any reference or depiction or display of Winslow Homer's works,
or in the style of Winslow Homer, gets my genuine and reasonably
informed interest and attention. I appreciate and am quite
familiar with Homer's particular manner of naturalistic,
realistic and careful selectivity, that when combined with his
applied talent and pallet, are his artistic presentations that
form his unique body of work.

5. Around November of 1998, I was by invitation of the
proprietor sorting through a collection that had been assembled
from multiple estates, including items from an estate in Boston-
Cambridge, MA, that had been transferred to a wholesale-retail
purveyor (d/b/a "Olde Things") of similar antique objects who was
located in Tallahassee, FL.  While sorting through a
miscellaneous array of framed artwork, I observed some watercolor
studies that I recognized as identifiable with the 19th-century
American genre that is of particular interest to me. I selected
seven (7) framed watercolors (2 of which contained later-
discovered works on their reverse side) that I purchased and
brought home for my personal collection.

6. These items appeared to be done by a master of this 19th
Century American watercolor painting. They all appeared to be the
work of the same hand. One bears the date "Jan 1/81" (which in

context suggests 1881) and three (3) of the others in this group bear pencil notations apparently in the same handwriting.

7. Observed details in these works strongly suggest they may be "unrecorded" works of Winslow Homer. In age of the materials, style, medium, colors, selected subject matter and composition, presentation and perspective, these works are indistinguishable from known, same period works in the known Winslow Homer catalogue. Accordingly, I began an examination and careful process to discover and confirm who was the painter of these watercolor studies.

8. After several attempts to secure a reliable determination of authenticity, I engaged the services of Brockman and Jones, LLC, who claimed to have professional and credible contacts in the art and art-appraisal field of expertise. We entered into a contract arrangement for the purpose of determining a valid identification of the painter of these works, and if successful, obtaining an appraisal of market value, and a brokerage agreement if or when they assisted in successfully marketing and selling these works. A copy of said contract is incorporated by reference herein, is attached hereto as "Exhibit A", and made a part hereof. High-resolution copies of the artworks were provided by me to Brockman and Jones, LLC.

9. After several years of periodic inquiries, Brockman and Jones, LLC advised me that a well-known gallery in the

Washington, D.C. area requested to examine the entire "found group" of the original artworks instead of the high-resolution copies that had been provided.  Accordingly, and in the context of our contract and a long-standing personal relationship with Brockman, I was persuaded to convey possession of the original artworks through Brockman - together with nine (9) annotated photographic postcards from the same original estate collection that contained the artworks I purchased from it, which shows references to the Homer family and views of Worthley Pond, East Peru, ME - to the Washington D.C. gallery identified by Brockman. Possession of the original artworks was transferred, under contractual assurances of my ownership and safe return to me after examination, in 2016.

10. The Washington D.C. gallery allegedly verified and confirmed authenticity as Winslow Homer's work, and documentation allegedly accompanied return of the collection of original watercolor paintings to Brockman/Brockman and Jones LLC. At this point, Brockman and Brockman and Jones LLC ceased communications with me.  In spite of numerous and specific demands to return the original artworks to my possession, the artworks have not been returned to me.

11. I have retained legal counsel, and engaged in consultations with persons involved in and curators of fine-art in Florida and New York, and all have advised me to make a "final

demand" for return of my property (artworks and associated items)
by a date certain, or the matter would be referred for
appropriate remedies.  This was done, and a copy of the demand
letter, which I am certain was received by Brockman and Jones
LLC, is incorporated by reference herein, is attached hereto as
"Exhibit B", and made a part hereof.

12.   The "final demand" date set out for return of my
property has passed, and my property (as described in this
Affidavit) has not been returned to me. Therefore I must conclude
that Brockman/Brockman and Jones LLC intend to keep my property
from its rightful owner, and permanently deprive me of possession
and enjoyment of it.

13.   Upon professional advice, I am advised that formal
registration with The International Art and Antique Loss
Register, Ltd. (London, UK), The Interpol Stolen Works of Art
database, with assistance of The FBI National Stolen Art File, is
required to proceed with reporting this loss to the appropriate
law enforcement and civil authorities.

14. I am the sole owner of the artworks and associate items
described in this Affidavit, and these items have not been
returned to me in spite of repeated demands to the person(s) last
known to be in possession of the items and alleged authentication
documentation, and I respectfully request the cooperation and
assistance of all authorities that may help me regain possession

of my artworks.

15. I am available for and willing to provide such other and additional information and assistance as may be required and helpful in furtherance of recovery of the herein described artworks and associated items to my possession.

16. Further Affiant sayeth naught.

_Barry R. Courtney_
Barry Courtney, Affiant

Sworn to and subscribed before me this 23 Day of October, 2020, by Barry Courtney, who is to me ✓ personally known, or ____ who presented _____ for identification.

Notary Seal:

_____

_Maria Michelle Lawhon_
(Printed Name)
Notary Public, State of Florida

This instrument prepared with and
on Behalf of the Affiant, by:
M.B. Adelson, LL.M.
LAW OFFICES OF M.B. ADELSON IV, P.A.
3454 Lakeshore Drive, 2d Floor
Tallahassee, FL 32312

MARIA MICHELLE LAWHON
NOTARY
My Comm. Expires
September 8, 2023
No. GG 909693
PUBLIC
STATE OF FLORIDA



**Brockman & Jones**

1030 E. Lafayette Street, Suite 9, Tallahassee, FL 32301

**Contract for Agency:**   **Personally-owned art works**

Client:   Barry Courtney

1. Client agrees that Brockman & Jones LLC will act as agent for the appraisal and sale (when authorized by client) of the nine (9) art works and items related to these works such as a postcard and other items relating to the provenance of the art works, along with copies of the art works and research materials provided by Client.

2. Purpose and scope of Agreement: The works are offered for sale to any buyer

3. The Agent will act exclusively for the Client and will preserve Client's' anonymity to the extent possible to facilitate the sale of works. Client understands that no absolute guarantee of anonymity is possible.

4. The Agent will be entitled to twenty –five percent (25%) of the selling price after sales taxes and commissions

5. The Agent, in the course of negotiating sales, will be entitled to make a discretionary reduction only after consultation and agreement with Client. In the event of making such a reduction, the Agent will be entitled to commission as in 4, above, on the reduced price.

6. During the course of this agreement, the Client will not sell works privately to any third party and will pay commission to the Agent, as in point 4, above, in relation to any sale made of the works in which the agent has had an interest after the agreement has been terminated.

7. Client agrees to provide for Agent material descriptive of the works including illustrations, pictures and slides as needed to facilitate appraisal and/or sale.

8. Payment: The Agent shall receive a dual payee check or bank draft (conveyance) for sale of works. The conveyance shall be made out to the order of Client and Agent and each party will relinquish their interest in the conveyance only at the time of cashing out same.

9. The client agrees for the Agent to disclose information regarding the provenance of all works.

10. Ownership: The works remain the property of the Client until sale.

*PHASE 1 CE*

11. Custody of works: The Client shall retain custody of the works until required to offer for sale or upon sale. If Agent is required to take custody of works for the purposes of sale, Client shall bond and insure works to the full appraisal value. Such insurance shall name the Agent and the Client as named insured for any payment for loss according to Commission as 4, above.

12. Termination: This agreement may be terminated by either party by giving 30 day's notice in writing to the other. The agreement cannot be terminated while works are under active consideration for sale or under contract for sale or sold.

13. Governing Law: This contract shall be governed by the laws of the State of Florida, United States of America and the parties agree to submit to the jurisdiction of Florida Courts.

14. Miscellaneous:

   a. This agreement is binding on the parties and heirs, successors and assigns

   b. This agreement constitutes the entire understating between the parties and can only be modified by agreement in writing

   c. Address: Agent and Client shall promptly notify the other of any changes in address

Signed _Barry N. Courtney_

   Client:   Barry Courtney

Date: _11/5/10_

Client's Address: _P.O Box  1288  Woodville  FL_

Signed: _Camille BHC_

Camille Brockman/Judy Jones-Colston for Brockman & Jones LLC

Date: _11-05-2010_

## Brockman & Jones LLC Memorandum of Agreement

*Pending*

**Addendum to contract dated 12-05-2010** *09-29-2017*

Brockman and Jones, recognizing that extensive efforts to authenticate the watercolors attributed to Winslow Homer, as agreed in this contract, are ongoing but have yet to be concluded, to expedite the sale of said watercolors, and in full recognition of the considerable time and expenses already incurred by Brockman and Jones, we agree to a modified fee scale as follows:

10% flat fee for any sale of any watercolor included in the original agreement, sold by any means. *FLAT FEE MEANS FROM THE GROSS SALES PRICE*

This fee is in perpetuity and applied to heirs and assigns of Brockman and Jones LLC.

To ensure that Brockman and Jones is knowledgeable of the whereabouts and disposition of the said watercolors, they will remain in the storage facility where they are presently housed and insured until such time as it may be convenient or necessary for reasons of possible sale for the Client to retrieve them. If returned to Client, said Client will notify Brockman and Jones LLC of the whereabouts and disposition, if any, of the watercolors no less than quarterly. If Client fails to notify Brockman and Jones of the status of the watercolors, as stated above, then said fee reverts to the present fee in the contract of 25%.

At no time will the watercolors be moved from their current location without permission of the Client and it is fully understood that Client's ownership is protected by the current contract.

By their signatures both parties acknowledge that this agreement is the first and only addendum to their existing contract and that no other agreements, oral or written exist.

Agreed this ~~29~~ day of ~~June, 2013~~. *SEPT. 16, 2017*

_____

For Brockman and Jones LLC

_____

Barry Courtney, Client

Barry Courtney
AFFIDAVIT OF OWNERSHIP
DATED October 23, 2020

"EXHIBIT B"

Copy of "Final Demand Letter"
demanding return of artworks and associated items
of Barry Courtney's personally-owned art works
to the rightful owner, Barry Courtney,
of which a copy was individually sent/delivered
to Brockman & Jones, LLC, and to Camille Brockman

This Exhibit consists of:
The 2-page demand letter, sent to
Brockman & Jones LLC and Camille Brockman, and
2 pages showing delivery via Certified Mail Receipt
postmarked 08/01/202, and USPS
"proof of delivery/receipt"dated 08-03-2020

[total of four (4) pages]

**Barry Courtney**
P.O. Box 1288
Woodville, Florida 32362


Brockman and Jones, LLC
3050 Highland Oak Terrace, Suite 5
Tallahassee, Florida  32301


Camille Brockman and Judy Jones-Colston:


Since a number of previous communications from me to you, most particularly my June 24, 2019 Letter of Demand for the return to my physical possession of my seven (7) sheets of Winslow Homer-attributed watercolors and the nine (9) accompanying photo postal cards provenance (hereinafter collectively referred to as the "Artworks") that I formally and contractually entrusted to Brockman and Jones "Agency," has not produced the Artworks, your default and continued noncompliance and failure to return my property to my possession is duly and unhappily noted.


Given my advanced age as well as that of all parties concerned, it is absolutely imperative that these artworks be returned to my possession at once, for purposes of verification and other possessory property rights, including but not limited to inclusion in my estate planning.  Inasmuch as we still apparently have a documented business contractual relationship, this letter is my final personal effort to demand that my property that I entrusted to you is physically returned to me and my personal possession without excuse or further delay.


If Brockman and Jones LLC fails to physically return the Artworks within the next 15 business days, which is on or before August 18, 2020, I will be forced to go outside our private business arrangement for assistance to recover that which is mine.  Your conduct to date has created circumstances that cause me to believe that you intend to deprive me of my property, breach our contractual agreement, defraud me of the Artworks value, abuse my trust and good will, take advantage of my extended patience, cause me further expense and severe emotional distress, and impose unearned and unentitled costs on me, including opportunity costs, upon our original contractual intentions and agreement.  The costs and penalties of federal and state criminal investigations, proceedings for civil remedies, and damage to business reputation are likely to be quite severe.  This is not a threat – it is an assurance that I have no more patience for any delay in regaining possession of my Artworks.

Brockman and Jones, LLC
Page 2

I strongly encourage you to undertake the morally right and legal course to resolve this situation by having the Artworks, in their original and undamaged condition, securely delivered into my personal possession within 15 business days of this Notice, which is on or before August ~~18~~, 2020. *21 BnC* *(8/21/20) BnC*

I regret the circumstances have come to this, and I hope we will have a timely resolution without having to resort to involvement with law enforcement and court proceedings. Once I have the Artworks back in my possession, if there are any remaining contractual issues we might or should discuss and resolve, we can address them fairly and according to the contract provisions and applicable law. But such discussion, if any, does not and will not abate or extend the stated deadline for returning my Artworks to my possession. Please take this opportunity to cure your present extended and unwarranted and no longer acceptable physical possession of my Artworks by returning them to me now.

Sincerely,

Barry Courtney

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Brockman & Jones St.<br>1030 E. Lafayette St.<br>Suite 3<br>Tallahassee, Fl. 32301 | D. Is delivery address different from Item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII<br>9590 9402 2190 6193 1746 45 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 3090 0000 2547 6394 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Tallahassee FL 32301

| Certified Mail Fee | $3.55 | | 0936 |
| | | | 06 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $0.55 | | |
| Total Postage and Fees | $6.95 | | 08/01/2020 |

Sent To: BROCKMAN AND JONES LLC
Street and Apt. No., or PO Box No. 3050 HIGHLAND OAK TERRACE SUITES
City, State, ZIP+4® Tallahassee FL 32301

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 3090 0000 2547 6969

Page 1 of 1

USPS Tracking Intranet



## Product Tracking & Reporting

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | August 11, 2020 |

USPS Tracking Intranet

**Delivery Signature and Address**

⚠️ **Price Change 1/26/2020:**
USPS Premium Tracking: USPS will offer a fee-based service to extend the availability of tracking data on domestic competitive products for an additional 6 months up to 10 years. In addition, customers can also request a Premium Tracking Statement via email.

The Manual Entry Acceptance screen will be modified to use the Pricing Engine for all rates calculations. Users will no longer enter fees for Collect on Delivery (COD) and Additional Insurance; instead, users will enter the dollar amount to be collected for COD or the insured value for Insurance.

Tracking Number: 7018 3090 0000 2624 8989

This item was delivered on 08/03/2020 at 12:59:00

< Return to Tracking Number View

| Signature | C19 |
| Address | 3050 HIGHLAND OAKS TER TALLAHASSEE, FL 32301 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search      Submit

Product Tracking & Reporting, All Rights Reserved
Version: 20.4.1.0.90

M.B. Adelson

| | |
|---|---|
| **From:** | M.B. Adelson <natreslaw@gmail.com> |
| **Sent:** | Tuesday, October 27, 2020 1:00 PM |
| **To:** | 'will.korner@artloss.com' |
| **Cc:** | 'Bethany Mathers' |
| **Subject:** | RE: [Ext]-Fwd: Fw: [Ext]-Re: Your ALR registration R00020155 |
| **Attachments:** | Courtney Affidavit of Ownership with Exbt A and B 15 pgs.pdf |

Mr. Korner,

The undersigned is assisting Mr. Barry Courtney in a formal and very serious effort to recover his personally-owned artworks, that he was induced to entrust to Camille Brockman/Brockman & Jones, LLC., who have either disposed of or who are still in possession of Mr. Courtney's artworks, in spite of formal demand that the artworks be returned to the possession of their rightful owner.

Attached please find Mr. Courtney's sworn and Notarized "Affidavit of Ownership", addressing the suggestions and inquiries that you provided in your email of September 30, 2020 (included below for your convenience), and presenting background and supplemental information regarding proof of his ownership of the subject artworks, together with 2 attached and incorporated exhibits: the "Contract and Addendum to the Contract" that he executed with Camille Brockman/Brockman & Jones, LLC; and Mr. Courtney's subsequent written "final" demand for the return of his property to his possession, together with proof of delivery and receipt of said letter by Camille Brockman/Brockman & Jones, LLC.  These documents contain substantive information that we hope will be both persuasive and corroborating for establishment of Mr. Courtney's "proof of ownership" of the subject artworks. We are presenting these materials with the intent of providing factual and sufficient bona fides for establishing validity for Mr. Courtney's report of artworks theft to you and your organization. I have the original documents, and please be assured the copies of these documents provided herewith are true, accurate, complete and unmodified copies of said originals.

I hope that you and your organization will determine that you can accept Mr. Courtney's report of the theft of his artworks;  listing his items in your registry will aid us immensely in our efforts to report this situation to appropriate authorities and law enforcement investigators here in "The Colonies" (I served with some Brits during my military service in the 1970's…) as we pursue remedies and recovery of the property for Mr. Courtney.

Please do not hesitate to contact the undersigned for any additional concerns or inquiries that you may have - we will do our best to provide whatever we can find and present, upon your advice. Please advise us at your earliest convenience what decision regarding listing the items in the ArtLoss registry that you and your organization determine.

Cordially and Respectfully,

M.B. Adelson, LL.M.

Law Offices of M.B. Adelson IV, P.A.
3454 Lakeshorre Drive, 2d Floor
Tallahassee, FL  32312-1485
Tel: 850-523-0606
Email: natreslaw@gmail.com

 Gmail

Adelson Lawfirm <natreslaw@gmail.com>

---

## Fwd: R00020155 Registration status change

2 messages

---

**Bethany Mathers** <bethanycourtney@yahoo.com>                    Mon, Nov 2, 2020 at 8:03 AM
To: "M.B. Adelson" <natreslaw@gmail.com>

Sincerely,
Bethany Mathers

Begin forwarded message:

> **From:** info@artloss.com
> **Date:** November 2, 2020 at 3:05:57 AM EST
> **To:** bethanycourtney@yahoo.com
> **Subject: R00020155 Registration status change**



THE ART LOSS ■ REGISTER™

*www.artloss.com*

---

# Registration update

Dear Mr Courtney,

Registration reference: **R00020155**

The status of your registration has been changed to **registered.**

To download a printable confirmation letter please use the button below.

View Registration

---

M.B. Adelson

| | |
|---|---|
| **From:** | ~~████████████████████████~~ |
| **Sent:** | Thursday, October 15, 2020 8:21 PM |
| **To:** | M B Adelson Law |
| **Subject:** | for Courtney art case |

Information for when Mr. Courtney has his art returned and can seek truth/ professional authentication services:

1.
The person to contact for W Homer art authentication, or to start with her, is:
Martha Tedeschi, Director, Harvard Art Museum, and a Homer Scholar at the Harvard Art Museum

Harvard Art Museum holds the majority of the original 100+ recovered and privately held Homer watercolours from th 1878 summer of dedicated time for watercolour exploration.

Prior to Harvard, she was at the Chicago Art Museum as its curator for Drawing and Print, and authenticated Homer works there, some old and lost ones appeared.  She is co-author of *Watercolors by Winslow Homer: The Color of Light* (with Kristi Dahm; The Art Institute of Chicago, 2008)

Harvard has several articles online that may be of interest or may offer support:
www.harvard.edu/gazette
www.harvardartmuseums.org


2.
The largest private collection with some of the watercolours like Mr. Courtney's is:

American Collector Thomas Benedict Clarke, NYC, and summers in Boston, MA
In 1890, he amassed a larger collection than most private collectors, and from the late 1889-90 time forward, he collected 16 Homer watercolours, some of them from the summer work as listed above.

Clarke invested heavily in
American Contemporary Art of its times,
Hudson River School artists,
Ceramics of Native American cultures and artists
Ceramic of China antiquities

His home is now The Collectors Club, in NYC.

There may be catalogs and records within this history for his searches:
Clarke was the first major collector in the United States to concentrate on American painting, especially works by late 19th –century artists and Hudson River painters. He amassed a total of 375 paintings which he sold in 1899 during a landmark, four day public auction at the American Art Association. Included in the sale were 39 works by George Inness and 30 works by Winslow Homer. Proceeds from the sale totaled almost $235,000 equivalent to $6.7 Million today. He decided to fully concentrate on researching and building a collection of portraits of 18th and 19th century prominent American by American artists. At the time of his death on January 18, 1931 Clarke had acquired 175 works, painted by 77 different artists, including 29 portraits by Gilbert Stuart. In 1936 the Clarke Estate sold the collection of American historical portraits for $1,024,800, ($16.25mm) to M. Knoedler Co., art dealers, of 14 East 57th Street.

Some info from the course I provide can be useful as brief info for
'Art and Cultural Heritage Looting'

The acts of looting and destruction of art objects is not new, and it is national and international in reach by the perpetrators of such acts.   Cultural property crime is not new, it is thousands of years old.  Personal property crime for takings of Private Art is also not new.   The very acts of takings, misappropriations and destructions speak that the works at risk and destroyed were of great value.  Crimes of and for Art of any type are not committed over 'nothing'.   Meanings, cultural heritage, personal wealth, and monetary categories are behind why crimes are committed to take, redirect, profit from, hold in secrecy, and destroy art objects of importance to its owners and cultures.

Art and Cultural Heritage Laws focus on three areas, and they often overlap:
- Looting and appropriation of objects
- Destruction and erasure of culture
- Restitution, Repatriation, Reconstruction and Art Intervention

Towards Private Held Art:
When private held art objects are also, or will also, belong to art and artisans that belong into the areas of cultural heritage from who and what is the art, then the laws of Art and Cultural Heritage apply to personal property that is art and is at risk from crime.  Looting destroys tights of the rightful owner, and looting destroys provenance; the full authoritative trace of the art and its rightful placement.  Provenance is a part of rights and heritage in public owned and private owned Art.  Provenance is a significant element of meaning, value and worth.  When looting of private held art objects happen it is usually an appropriation, or misappropriation, for illicit profit.  The art is at risk, the provenance is damaged, and the rights of the owners are damaged.

Across time we have seen the purported acts of material art and culture destroyed by power.  Colonialists take at will.  Believers in opposition destroy.  Tredding into sites allows the taking separation of objects from their place, and in their association with other objects.  Assumed rights to take and destroy go far back in time.  One way to see this is to look at the posture by the empire of Rome saying 'to the victor go the spoils' and has been followed for many in war for quite a long time.  Another is to look into religious acts such as Iconoclasm.  Destruction based in fear and disapproval is not legal.  Opportunism for taking without permission and agreement is not legal in any sense of the act and are linked to illicit profiteering.
Private holding of legal and illegally gained Art is about Power.  The symbolism in amassing a collection through illicit participation is about Power and Control.  Art becomes Trophies.  When Art objects are taken from cultures it is the cultural patrimony invaded for one and constructing or advancing wealth and power by the other.  Again, the worth of Art is supported as a higher value in crime from its illicit wealth record of incident.   Art-taking can be connected to issues beyond the monetary values.  Taking what someone deems as valuable from someone, or others, that the takes deem as not worthy to hold the Art in their view, is also a

part of misappropriation of Art.  Usually the 'what' that is taken has an appeal of some nature and is why it was targeted for misappropriation.  It may be the artist is of the nature of attraction, or its style and if unique among best art, or it can be against who has and holds the art.  That becomes a targeting of bias and perhaps, class-war or racial-biases...the reasons are as individual as the individual objects taken.  It may be noteworthy to mention that many Art object takings happen with the unaware, unknowing participation of the rightful owners.  Smaller works that can be hand-carried are most vulnerable because of ease of portability without suspicion while in the view of many.

Treaties led to the established laws that require and respect the return of cultural patrimony.  That reaches back to 1815 after the Napoleonic Wars.  The treaty of that war stated that cultural heritage connects people and territories with significant artistic or cultural objects and that is the basis for forming laws.  Agreements and pressured agreements began the return of art to their places of origin.  The laws that provide for the protection and repatriation of art to its rightful places includes the protections of private held art taken.  When an art object has cultural relevance, or cultural heritage significance, it may be privately owned/held, but it has cultural significance and that is protected by the international laws for recovery, restitution and repatriation.

For a direct connection addressing the stealing of private-held art that also has cultural significance, we can refer to the 2014 case where Cornelius Gurlitt had lived with his father's art collection for years.  His father was a former Nazi-approved art dealer.  He kept 121 framed and 1,285 unframed works of art looted in WW2.  He was an art dealer assigned by Hitler to oversee Modern Art collected.  The Modern Art was collected to sell and raise funds to purchase traditional art as that is what Hitler wanted to own.  As the younger Gurlitt passed and left his estate of art to a museum, and works were shown, claims arrived for recovery by owners and heirs to owners.  Works were recognized and began a return through lengthy legal processes. Investigators have determined with evidence 380 works were illegally held and 590 were having their provenance researched for legality or illegality.

> All Gurlitt-held works of art were taken from private owners
> and are being afforded the same protections and services because Modern Art is
> recognized as cultural heritage because of who are the artists and the works being held
> were of culture [many in that case are formative for Modern Art in Europe].

**Chronology of Winslow Homer Working Artist Work, Work Types, Transitions**
**Winslow Homer 1836 – 1910**

The primary source for, and most first-hand information written in a biography for and about Winslow Homer
was placed/located in the Internet Archive in 2012 with funding from Metropolitan New York Library Council
http://archive.org/details/winhomer00good
**WINSLOW HOMER**
Authorship by Lloyd Goodrich
Published for the Whitney Museum of American Art by
The Macmillan Company, NY 1944
USA Copyright 1944 by The Whitney Museum of American Art
Printed by Plantin Press, NY
"All rights reserved — no part of this book may be reproduced in any form without permission in writing from
the publisher, except by a reviewer who wishes to quote brief passages in connection with a
review written for inclusion in magazine or newspaper"

**First-hand contributions to WINSLOW HOMER were made by**
Mrs. Harry Payne Whitney, Founder, Whitney Museum of American Art [WMAA]
Mrs. Juliana Force, Director WMAA
Trustees, WMAA [logistical support, not content]
Robert W Macbeth, Macbeth Gallery
Carmine Dalesio, Babcock Galleries
        [the two above combined their gathered work from Homer in 1936 for a catalogue of complete
        information and avoid duplication while retaining all original information from the artist for reference
        for this bio-book]
Charles R Henschel, M Knoedler and Co., holder of Homer letters from 1900-1910
Lelia Wittier, M Knoedler Co, original photos/pictures of/from Homer
Arthur G. McKean of Doll and Rechard's, Homer's dealers in Boston MA [30 years representation]
        Sales records of works of art, list of Boston-region owned Homer works
 Helen M Beatty, John W Beatty, recorded recollection of Homer, letters, family letters.
The late Mrs Charles Savage Homer permission to use the letters above listed
Charles Lowell Homer, letters and confirmation of art/pictures owned by the family
George Hope Ryder, Robert Bruce, memoir/manuscript of James E Kelly
William Howe Downes, Homer's first biographer [notes, scrapbooks lent]
Nathaniel Pousette-Dart, Homer book author [original record lent]
Numerous museum collections with Homer art   [page 5 in the book for the full list]
Ethelwyn Manning, Hannah Johnson, Frick Art Reference Library
Theodore Bolton, Century Association
Allen E. Foster, Frank Jewett Mather, Jr., Perry Walton and M. J. Rosenau,  [Homer's illustrations]
Mrs. Otho Wiecker, for permission to quote Homer's letters to Thomas B. Clarke]
Miss Maxine Harrison, Parke-Bernet Galleries
Albert Milch, Robert C. Vose and Benjamin K. Smith
Friends of the Homer family who have given interesting personal  information, especially Miss Maria W.
Blanchard, Mrs. William A. Preston, Miss Mabel Carleton Gage, Charles E. Morgan, III, Hallowell V. Morgan and
Harold T. Pulsifer
Other private owners of Homer's pictures, too numerous to name, furnished information about art they held.
Edith Havens Goodrich, research and criticism of the text.
        The catalogue of Homer's work is being published in a separate volume

**This file/document is gleaned from the 735 pages total:**

**Boston**           **pages 7 - 9**

William Howe Downs, art critic, Boston Transcript approached Winslow Homer [WH] about a biography and was refused.

Downs unauthorized book was published without Homer's cooperation as he admired his works.

*The Life and Works of Winslow Homer,* Boston, New York, Houghton Mifflin Co., 1911.

> "So whatever we know about Homer's life is what Downes and others learned from his family and friends after his death, what appears in his letters and in contemporary accounts, and most important of all, what can be found in his work, where like every artist he left the most complete record of himself."

Briefing of the Family background:

The Homer family had been in Boston, MA for almost 200 years when Winslow Homer was born.

All direct descendants down to WH were born in, and married within, Boston.

They lived in the family house at the corner of Hanover and Union Streets.

All were Merchants, Importers.

WH mother was Henrietta Maria Benson, of a merchant familiar family to the Homer family from Maine.

She married Charles Savage Homer, and had three children – Charles Savage Jr. [1834], Winslow Homer [Feb 24, 1836], and Arthur Homer [1841] in their home at 25 Friend Street, Boston.

She was a life-long artist and the first teacher of art to WH.

She did not stop painting after marriage, taught one child art, and painted for her length of life.

Her husband encouraged her teaching WH to draw.

Her specialty in training was watercolor on paper, making hyper realism florals to present beauty and botanical exactness.

Color and Light were primary for her paintings.

Her works are/were key in understanding the watercolor skill and techniques in WH works.

Her paintings were exhibited in the 1870s in the Brooklyn Art Association shows.

She painted, exhibited, and published her art until 1881, two years before her death.

WH age 6, the family moved to Cambridge MA.

Charles Jr and WH were extremely close/inseparable their entire lives.

Much of WH early life is found in the artist's cooperative article by George William Sheldon in Art Journal, 1878.

**In general, WH within what was art in the 1850s....**

- American Illustration continued to be influenced by the English Illustration style and subject matter.
- American Painting had begun its shift from that stylistic influence.
- WH style was not following all others and only his signature would distinguish his works from others..
- WH began to break from the standards an conventions to develop his own style and his drawings and illustrations began to stand out from other artisan works being published in magazines.
- His lines became "bold and incisive", and survived engraving transfer work. soft-edging of figures and subjects were not going forward for him.
- His new work was of movement and energy, not staged and poised.
- Light became style and subject.  Light was drawing as it was in nature.
- Working in Black-White [B/W] became more his style and practice.
- B/W in wood engravings and did not use the gray tone masses as others use.
- Drama in image increased with the B/W and bolder lines.
- Within two years, he left all other illustrators behind in skill and originality.
- Travel out from Boston for subjects began. [Newport, West Point for cadets, Cape Cod.
- He made a picture with himself as part of a scene [sinner tent with repenting, him on the outside]
- In 1859 [age 24] he moved to NYC after success with Harper's and Harper's success to capture the magazine markets.
- Frequent trips back home to Boston and family were his practice.

**WINSLOW HOMER pages 10 - 32   [gleaned for art details]**

WH first love of drawing was at a very early age....copied his mother's art, his father encouraged his art, received very early a set of Julian lithographs from London.  Detailed works of human faces, features, practical for draughtsman training.

As long as into 1879, WH kept his youth crayon drawings—going back to 1847.  Each signed and date as they were made.  Some survive and reflect his ability for fine detail and accuracy.  All reflect his love of Drawing. Homer was self-taught and by his mother as Boston did not at his time of youth have developed artisan schools or programs.

In Boston:

        1862 – William Morris Hunt and Barbizon School came into Boston  [WH was 28 yr]

        1864 – William Rimmer established his art school in Boston  [WH was 31]

        Boston was known for its literature and the first formal school house for public education, not art. Homer's art was self-decided and self-taught; with teaching by his mother.

        J Eastman Chase, a close friend of WH write that Boston was all about literature, not art.  He wrote "there was in Boston but one school of drawing — that in the old Lowell Institute. ... It was like young Homer not to go to this academy and draw piles of cubes in perspective, to be carefully and properly shaded."

            Indeed, if he ever studied art anywhere in Boston, there is no record of it.

In 1849, the father of Winslow Homer caught  'gold-fever' and shipped out with equipment only to find after the long sea voyage his family claim had been jumped by others.  On his return home after two years, his boys saw he had only a bag to carry.

He moved the family to Cambridge for their education.

With low finances, and art not a priority in Boston, it was thought WH would become a merchant employee. When the newspaper adv for a 'boy wanted for Bufford Lithographic house', his father applied for him.

Drawing skills were required and WH became an employed artist.

The largest and most successful lithographic house in the USA hired him and he worked there as a boy-apprentice at age 13, beginning in 1849.

His work was to illustrate covers for music/songs.

His father recorded that before each work day, he would go out at 3am to walk the 2 miles to Fresh Pond to fish, have breakfast, then catch the bus into Boston for work from 8am to 6pm..

He learned and copied.

Bufford discovered he could artistically draw, not simply copy.  He was worked into design art and portraits.

He was a prolific work employee, poorly paid.

At age 20 WH created the large image of the 42 faces of the MA Senate as a premier work.

What was common was all shops were given credits, not the artists.

His father recorded that he left the work and was then known as the 'no man master'.

Fellow apprentices [at Bufford Lithography] that became painters in the future were Joseph E Baker and Joseph Foxcroft Cole.  They shared he was never emotional at work, his artistry was recognized at the start of employment, and made private drawings based in humor while at work.  He hated the work at Bufford's.  The 3 were in a Boston picture gallery together viewing a genre picture by Edouard Frere.  Homer remarked

        "I am going to paint".  He pointed to Frere and replied "Something like that, only a damned sight better." To Cole he said, during his first year of apprenticeship, "If a man wants to be an artist, he should never look at pictures." He had also made up his mind to support himself by illustration. On his twenty-first birthday, when his two years' apprenticeship was over, he left Bufford's and rented a studio in the Ballou Publishing House building on Winter Street"

Ballou Publishing was a leading illustrated weekly, with *Bailouts Pictorial* circulation over 100,000.

The weekly was far more conservative than the NY magazines.

Production was before the photomechanical process had been invented.

Production was type-setting and woodcut, wood-engravure.
WH learned this at Ballou and was fist published there on June 6, 1857.
When he was at Bufford's he met and learned from French engraver Damoreau [previous work at Bailout Pictorial].   In later times, it was Damoreau that engraved many of Homer's drawings for publications.
Original illustration/drawings for publish were kept going by WH after photo-presses were invented.  His style was wanted by publications.

Of note.....
> "The week following his debut appeared a lively street scene near Ballou's office, "drawn expressly for us by Mr. Winslow Homer, a promising young artist of this city." This was the first of a series of Boston scenes exploiting the picturesqueness of everyday city life as no previous illustrator had done, and introducing a new note of realism and humor into the stodgy pages of the Pictorial. The scenes were easily recognizable to Bostonians, and the young artist carefully lettered all the familiar shop signs".

Harper's launched *Harper's Weekly* in NYC with a focus on humor, political cartoons, higher quality illustrations.
WH submitted local drawings of Harvard and were accepted for publication for August 1, 1857.
Ballou continued to call him 'our artist' while not printing his personal works as much as they said and bragged.
WH began to send more and more work to Harper's.  The works were pleasant social scenes mostly in subjects of women and polite society.
> [CW:  that set of info reflects WH made art for the majority of its buyers at that time, that being women, and he intended to be published and paid to work as an artist]

WH extended his work into regional, seasonal themes, the American Country life.
He worked as free-lance.
Harper's made a generous employment offer, WH told his father he turned it down. He wanted freedom.
Saying "because I had had a taste of freedom. The slavery at BuflFord's was too fresh in my recollection to let me care to bind myself again. From the time that I took my nose off that lithographic stone, I have had no master j and never shall have any."
Harper's published his double page Christmas 1859 drawing / his first NYC scenes.
Other winter scenes – skating ladies on pond in central partk...showing the fashion of gender assigned activites placement. Artist note discuss the skill of skating by women in dresses and hoop skirts.
1860 – The same theme [skating] was in his first show at The National Academy of Art in NYC.
1860 – The NAS show art was purchased by The St Louis Museum [published one year later in a lithographic book by Bufford]
Copied portraits from Harper photographers. Signed only a 'H'.
WH at age 23 "attended a drawing school in Brooklyn" his first art school experience.
1861 – attended night school at the Academy of Design [with Professor Cummings paying and employing—an early form of work-study] AoD was one of 2 schools of art at the time in the USA...not well developed.  Only advanced students were wallowed because the program was not well developed or provisioned.  NO WH student works is known to survive.  He did not work from nude models.  Only Drawing, no Painting, was taught at the academy, until 10 years later.
WH visited painting galleries as he liked the smell of paint.  He most liked the Venus Rising from the Sea by William Page [after a Rome visit and copying Titian]  The use of colour and light was of great interest to WH.
1861 – moved to NYU Building for artist associations and a studio.
Up to that time WH art/illustration was about public life, public affairs.
In 1861, his work made a drastic turn.  When A Lincoln passed through NYC to be inaugurated. Harper's commissioned WH to go to Washington DC and on-site draw as illustration-documentation for publication.
When the Civil War broke out, the demand for on-site war correspondence art began.  In the artist hiring, Harper's secured WH for work [along with many others].  The artists were hire to live within the masses of troops, make drawings, and send back weekly to the publisher.  WH made a few trips to the fronts and saw fighting, sent back drawings, and man were made back in NY from his notations in the field and were general army life, not specific events.
His first war front visit for Harper's was October 1861, to the Army of the Potomoc, while it was reorganizing after Bull Run.  He saw no battlefield fighting.  He illustrated daily life, not war action.  Some of his works were

for inspiration and patriotism—he did not work toward the propaganda themes so his work was not so popular as were works by Thomas Nast.

Spring 1862 – trip to a war front at Richmond VA.  Was in W DC April 1, watched troops leave for war, followed and illustrated McClellan's troops but for only so far in location.  No art indicates he was near the 7 days of battle and withdrawals of troops.  Works indicate he was back in NY by June 1.  That was his only time working as a 'special artist', or war action correspondence artist.  His drawings lost most of their character by the hand of engravers.  He then had his own hand on the pages produced for a double page spread—as well as with another Harper artist.

Back in NYC—his best battle scenes were made [*A Cavalry Charge* and *A Bayonet Charge*]. Descriptive illustration of battle scenes, panoramic views, heroic and handsome, accuracy in uniforms.  The scenes and his techniques take the viewer into the front line scene specifically.  NO other artists work did such and he was recognized for that style and detail.  Harper's said those were "the most spirited pictures ever published in the country."

WH war record are not an easy record to follow—he never illustrated specific events. His military subjects became few, here were none of Gettysburg in 1863, and he chose to paint about camp life rather than battle in 1863-1864.

WH painted in once in oil [*Defiance*] in 1864 for battle at Petersburg, and in 1864 when Lee abandoned Petersburg.  Those were small drawing of Lincoln and his son Tad waiting with Grant at a train station.

WH stopped being a reporting artist. He made art for Harper's --- 8 in 1863, 4 in 1864, 3 in 1865 and none in 1866.

He had begun to make changes internally, it was not from the publisher lack of want of space for his art.

**Note—in 1861 WH began oil painting,** determined to learn that.  He took lessons for one month in the Old Dodworth Building, lessons in painting of Rondel an artist from Boston.  Once a eek lessons taught him how to how brushes, palette.  In summer 1862, he bought a box of oil painting brushes, solors, oils and painting equipment.  He set out to paint nature in nature.

Rondel was a French landscape painter, was associated with The National Academy of Art.  His style for fresh observation is what attracted WH to him for lessons.  WH went through only 4 or 5 lessons.

> "Thus the extent of Homer's art education, as far as we know, was two years in a lithographic shop, some study at a Brooklyn drawing-school and the National Academy, and four or five lessons from a second-rate artist in the most elementary procedure of painting. Everything else he learned for himself. Most of his training he got by the actual practice of his profession. Certainly if any artist deserves to be called self-taught, it was he. Not that this was an advantage — indeed, this meagre instruction showed in his oil technique to the end of his life. But it is doubtful whether in the America of his time he could have found any better training"

The very first painting in oil was Sharpshooter, done inhis NYC studio.  His friend Russel Shurtleff sat withim through and wrote about it.   "was painted in his studio in the old University Building in  Washington Square. It represented a 'Sharpshooter' seated in a brig top, aiming at a distant 'Reb,' a canvas about 1 6 by 20. 1 sat with him many days while he worked on it, and remember discussing with him how much he could ask for it. He decided not less than sixty dollars, as that was what Harper paid him for a full page drawing on the wood." Published November 15, 1862.

WH earliest oils were war scenes.  He made a total of 20-odd war scenes in oil.  Only 4 had fighting in them.  All others were ordinary day scenes, and many with humor...play, hungry, in trouble---showing the human being over the soldier.  Play and lighter moments of being ordinary were the mainstay of his images.  He illustrated genre pictures of military life—not propaganda for promote war.

# No other artist made and delivered pictures of the authentic solider of The Civil War.

WH showed an interest in the ordinary days and men of the military—not the formal military dress and the glorification of battle.  He gave portrait-illustration to the humble in the army---"the men of the baggage

trains, who did nothing more glamorous than feed and supply the troops. This side of war, in which it resembled a huge camping trip, appealed especially to him. The negro wagoners and servants attracted him particularly, and in The Bright Side and Army Teamsters he showed them taking their ease on the sunny side of a tent, and in Army Boots, loafing and laughing over a game of cards. Although his attitude reflected some of the typical Northern idea that the negro was primarily a humorous object, his sense of colored character and physiognomy was already more realistic than the average artist's minstrel-show conception. Most of his war pictures were done in New York from drawings made at the front, some of which bear color notes, proving that he was thinking as much of painting as of illustration when he made them"

WH also was most confident in his smaller scale work, his B/W work from lithography, and had not ye stretched out into large and colour and oils.   His unique style signature was direct, simple naturalistic, and no copying of other artist's work, made from observations.

**WH most ambitious picture was _Pitching Quoits_ -  photographic-like realism, hard bright local color.**

The American public favored his art from the first they saw it.
1863 – began public exhibits
1864 - elected a fellow of National Academy {NA}  [age 29] –one of the earliest/youngest to gain that honor.
In comparison for same age artisans into the NA ---Inness at age 40 in 1868 , Martin in 1874, Eakins and Ryder in 1902.

1866 - After the Civil War he finished his most famous war picture—_Prisoners from the Front_.  Larger, more figures included, very dramatic.  The 1866 oil established his mature oil painter reputation after only four years of oil painting.  It was the most sought after image by the public to see into the war.  It brought both north and south together in its portrayal.  The painting was purchased by John Taylor Johnston, a leading NYC art collector. – later MMA president in NYC.

# HOMER IN HIS 30s  page 32 --
Travel between USA and Europe was rare.
Mass publications were reduced.
NYC did not have an art museum until 1871.  First was Metropolitan Museum of Art [MMA]
Few public galleries of art in NYC
Academies controlled the art scene and artist critics and info...highly controlled.
The Hudson River School American style art was reduced to copying.
The few surviving American artits went to France.
Salon controlled the art and artisans in France.....Salon recognized and only ones promoted were Ingres, Corot, Millet, Courbet, Manet, Degas, but Gerome, Meissonier, Bouguereau, Cabanel.
In America, only recognition was for the grand scale landscape painters... like Bierstadt, Church and Moran.
Storytelling pictures of American Live with such as dogs, cats, ordinary people were wanted in America—to see themselves.  They wanted to see themselves but be handsome with stereotype features, enjoying life.
Homer had many women friends, and many artist friends.  Unitl his middle age he was very social, then turned from being people active in his 30s.
Studio was NYU Building until 1872, then into a West Tenth St studio.
Was in artists org.
Located in NYC, but was a rural/country artist.  No NYC paintings by him.  NO NYC satire or pictures.
Spent summers back home , in his family in Belmont, a countryside.  Nature scene and settings.  Belmont scenes entered hi art.  Summer travels over New England [Hudson River, Upstate NY, PA]
He gave picture to the everyday, the ordinary in America – landscape and people.
His professional reputation came from being a war artist.  His country life and nature became his passion.
Country life and nature became his themes.
His portrayal of young women was for their beauty and their fashion.
Homer was among the first, and most recognized, for painting 'the American Girl' and it became a favored subject.  He became known for farm life pictures.

He became known for painting 'pleasant'.
Children were themes and subject as it was with many works of literature in America at the same time.
Landscape became an important element in all his work.
All were about real and ordinary life painted naturalistically.
All were about something being pleasant.
He was a poetic realist—not typical in New England.
What he most did was capture Light and Colour as an important part of Nature.  His way to show Light and Colour was not like the newer experimental works of Impressionism.

      [CW: WH did not abstract it, daub it, quick stroke mark it-----it was achieved in his Representational
       Natural and Real picture style]

Object was his primary interest.
The physical existence of the objects was important.
WH use of Colour was not traditional----he freshly painted Colour as a living expression, of it as being in ad of Nature...not cityscape artificial or planned studio light.


Shadows in his art were at first warm and then moved into being neutral before changing to darker and cooler.

      [CW: His Tone in shadows changed from warm and lighter in value to cooler, saturated and dense.  WH
      used shadow as color, to be seen as subject and object]


WH signature for colour is the use of only a few tones well managed.
With pencils he drew bold and authoritative, as if without effort. His lines were 'action'.  Precision in motion that never needed erasure.  Lines were part of his watercolors.

      [CW: WH used brushes like he used pencils—direct for marks, let the lines be what they are]
      Many of his pictures were begun outside and then painted inside—all keeping the line, colour, light of
      being out of doors. The drawer, the lithographer turned into a painter.  His brush marks and tonal
      development in paint were indicative of a graphic and lithographic drawing background...always. The
      word Direct is a key descriptive.  He did not follow the Old Masters techniques that still controlled so
      much at Salon and Academie and Academy....he did not paint in thin glazes and gentle graduations...and
      he worked with his bold lines and brighter colors in light from the start. The flatness in his early works
      became rounded and fuller in his later works as his natural forms became more natural in art.  All self-
      taught over time.  And all style self-taught as well—he never followed traditions.  From his earliest art ot
      his last, he had a visual language all his own and easily recognizable as unique and not as copyist or
      following]


**Page 47 --**
WH said         "If a man wants to be an artist, he should never look at pictures"
J Eastman Chase wrote in 1880  "

      "Homer was less influenced by others and by what others had done than any artist — any man, I may as
      well say — I have ever known. He was a rare visitor to public galleries and exhibitions. When there his
      attitude was that of a detached and unprejudiced observer. Names meant little or nothing to him. He
      looked at any picture for precisely what it might have to say to him — the name of the painter, whether
      great or small, was of equal indiff^erence. He was not accustomed to speak of a 'Corot' or a 'Turner'} it
      was the picture, pure and simple, that interested him or did not interest him. His comment was, as you
      would suppose, fresh, original, penetrating, and free from art jargon."


Shortly after Homer's death La Farge wrote a letter to the New York Herald paying tribute to his old friend.  In that he said....

      "Turning to Homer's work itself, its outstanding characteristic from the first was an unusually direct
      relation to nature, and it is difficult to trace the influence of any particular artists. His illustrations had
      stemmed from the general Anglo-American graphic convention, but he had soon evolved a style that
      was quite original. His first work in oil grew out of his illustrations in both subject and style. Belonging in
      the line of naturalistic American genre that had started with Mount, it had certain similarities to

Homer's contemporaries Eastman Johnson and J. G. Brown, but this was a matter of parallel growth rather than of influence."

Page 49 –

"**Rather than a follower of the Barbizon school. Homer can be considered an impressionist**, using that word in its broadest sense, to cover those artists who in the i860's broke away from traditional subjects and painted the life around them, relying on their own eyes instead of on accepted ways of seeing, and concentrating on the color and light of outdoors. **His early work showed many curious *parallels* to the early work of the French impressionists**, especially Claude Monet, and to their precursor, Eugene Boudin. Similar were the amoral naturalism, the preference for the gay and pleasant, the preoccupation with sunlight and outdoor color, the decorative sense, the summary handling, the opaque technique, and even minor mannerisms. Naturally there were many differences — Homer's extremely American sentiment and humor, his feeling for childhood, his love of wild nature, and his rusticity, closer to Millet and Corot than to their urban successors. **The impressionists were sophisticated artists, heirs to a long tradition, even though they chose to break with it in comparison Homer seemed homespun**. But still he was a representative, if a provincial one, of the same movement."

Page 51 --

## "None of these parallels could have been a result of influence, for they showed in his work from the first, before he had been abroad, and indeed before impressionism had been born, even in France. His impressionism was an independent manifestation of a new viewpoint that was appearing every- where — in Italy, for example, with Giovanni Fattori. Not until twenty years later was the French movement to reach America with our first ortho- dox impressionists, Robinson, Twachtman, Weir and Hassam.

Page 52 –

"**As he was approaching thirty-one, in late 1866, Homer made his first trip abroad, to France**. Beforehand, on November 17th, he and Eugene Benson, who was also about to leave, held a sale at Leeds & Miner's gallery in New York, doubtless to raise funds. Homer contributed nineteen pictures. The great Universal Exposition was being held in Paris, and *Prisoners from the Front* and The *Bright Side* were included in the small American section — one of the first occasions that a group of American art had been seen in Europe.
In the Gazette des Beaux-Arts Paul Mantz wrote of Homer's work: "This is firm, precise painting, in the manner of Gerome, but with less dryness," while the London Art Journal said: "These works are realj the artist paints what he has seen and known." Four members of the international jury of awards voted to give him a medal, but their votes being insufficient, the prize went to Frederic E. Church."

[**WH spent 10 months in France**—Paris and countryside] He painted 16 paintings while there, and worked for Harper's while there.   The farm life there was attractive—as in America.
He attended no art classes.
He visited The Louvre [illustration for Harper's in Long Gallery]
Little to no visits with French artists.
Most time spent in French dance halls , images for Harper's.
He shared a studio in Montmartre with Albert Warren Kelsey, artist friend from Belmont. [Kelsey was openly gay, spent most of his time in bars in Paris].  Their photo together they wrote on said of them as being Damon and Pythias.
**WH returned home in October 1867**.

**NO artist influences in France in his newer works back home**. He did work in a bit higher key of color and his brushstrokes began to be more 'painterly' right after he returned home.

[CW"  While in France---Monet had barely made public his work with 'impressions' and Cezanne had not yet been seen with his impressions.  Cezanne began his great painterly changes in the 1880s.

**Page 55—59**

His paintings for two or three years after his return,

such as *Mount Washington, The Bridle Path* (pi. 8), *hong Branch (*pi. 9) and *High Tide* (pi. 8), had a gayer and more fashionable note that may have reflected his French experience.

They showed an increased awareness of sunlight and atmosphere, and were lighter and cooler than anything he had done before, or in fact was to do for some time, for he soon reverted to a darker key.

They had certain likenesses to Manet, though not much more than his previous work, and nothing as strong as imitation.

Curiously enough, they were more like the Manet of a few years later than anything Homer could have seen in Paris another indication that his impressionism was a matter of parallel development rather than influence.

He recouped finances by working again for Harper's and also for Galaxy.

He left Harper's and began to illustrate books, some children's books.

He returned to Harper's.

His illustrations became pictures.  They did not need text or explanation writings.

He painted on wood-engraving blocks for his paintings to be reproduced.

## His greatest works for Harper's were in 1873 and 1874—mostly of children.

## He also developed great details in Gloucester ship-building pictures in oil and watercolor.

> " These illustrations were among the most carefully designed of all his works, comparable to the best of his mature paintings. By now he knew how his drawings were going to look when translated into wood-engraving, and how to get the most out of the medium. They were also the best-engraved of all his work, for American engravers had gained greatly in skill since the 1850's."

[CW:  WH worked against the tide of industry trying to make artist jacks of all trades so only one artists was needed—draw, paint, engrave, litho, watercolor, oils...
By the 1870s, WH works were fully mature.  He worked in Full Tone.
He worked in the Lightest Light to the Darkest Dark.
There are no records to indicate or discover " outside influences in his paintings."

**Page 59 –**

"James E. Kelly, who was on Harper's at this time, together with Abbey  and Reinhart, told how, when Homer used to call with sketches, he was received "with marked consideration" by the art editor, Charles Parsons.   The latter would make suggestions which Homer was always ready to accept.  Homer would then take a desk and complete his drawing on the block, while Abbey and Reinhart and the other young artists "gathered around him, and no doubt profited by watching his methods."

At the top of his popularity as an illustrator. Homer suddenly stopped.
After 1874 he had only one illustration in Harfer^s Weekly and only a few elsewhere. It would be interesting to know why. He later told John W. Beatty that it was because he was dissatisfied with the reproduction of Snap the Whip, but since Harper's gave it a double-page spread and one of their best engravers, and as he did more than a year's work afterwards for them, including some of his best drawings, we must take this with a grain of salt.
A likelier reason is that he had discovered a richer medium, watercolor."

This section goes into Watercolor in USA and WH with Watercolor..

Page 60 --

Notations for the fact that Watercolors were not taken as serious art in America until about 1873...began.
In 1866 – American Society of Painters in Watercolors, founded.
WH had used watercolor some, and enhanced his drawing with it., touches of color.

1873 – WH 37 years old, he began serious learning and working with Watercolor.
   June and July work at Gloucester—people and scenes at the harbor and countryside.
   Direct work of nature while in nature—
   [CW:  worked well for him, an immediacy as in drawing and pencils.
   He combined pencil and watercolor for finished works in the field, in nature.
   What he developed in w/c there he moved on to in oils later.
   He began with smaller works---making with very special qualities---fresh, clear, light no hesitation in
   technique.
   That work became his most serios work and stayed with him for his life.

Page 64---WH Palette demo with Kelly...
   " Homer showed him how to set his palette, using white, yellow ochre, red ochre, permanent blue and
   raw sienna."

Exhibits-
1863 – 1880       annually shown at National Academy
1874 -1881 –      Watercolor Society often 20-30 works per show
Occasionally      Brooklyn Art Association
                  Artists Fund Society
                  A few outside of NYC

Representation few artists had routine/consistent representation/dealers
NYC               Samuel P Avery , dealer
Self              open show, quick sales, to individual, lots of local Boston sales to self-support

The Public        loved and purchased
Critics           cold, wrote against him – they stayed with Salon and European traditions
                  They did not understand his use of color for flesh and for coloring [page 68]
                  He painted as nature, not as the Euro painting tradition with artificial color and drama.
                  He often portrayed his subject—did not develop a story.

                  Page 69  "But even if the critics disliked his work, they could not long disregard it.  As Margaret
                  G. Van Rensselaer wrote later: "A noteworthy point about Mr. Homer's work, one that proves its
                  inherent originality of mood and strength of utterance, is that it always makes itself felt, no
                  matter amid what surroundings."

                  [CW—**WH turned away from the image and link to literature—that art must tell a story—he
                  only wanted to draw and paint what he saw, what was there**...critics would to support...while
                  his art was in a realistic/realism style, it made a change—Impression was more obvious there
                  was not a story, but it was WH that earlier did not paint a story as he did not change  his style]

**WH Middle Years  as he approached 40    page 71 –**
About age 40 he was maturing in style and stayed on his path
About 50 he decidedly went on his path
Age 60 he had full artist maturity

At age 40, we see his subjects also became more mature in age, and he took on more masculine subjects.
More naturalistic in his technicals' while having a charm of sorts.

**1875 -**          **His watercolor series from about 1875 were more mature, very finished.**
            **The new watercolors met with public approval.**
            **The new watercolors met with critic approval.**
            **A precision in Tones**
            **Women began to disappear from his art**

He ventured into outer areas, Adirondacks,..for art.  Textures seem to have been of greater interest—in nature,
in textiles, clothing.

**1875**          **Another new subject of interest or him came to be.**
Page 75          "Another new subject was negro life. His interest in negroes, as we have seen, dated back to the
            war. In 1875 he revisited Petersburg, Virginia, scene of the long siege that ended the war. Here
            he spent most of his time in the colored section, working among the cabins and using the
            negroes as models. Wartime bitterness had by no means disappeared, and his activities aroused
            resentment among the white people. ....
            "From this visit and others in the next year or so resulted a series of oils and watercolors that
            were among his most original works. Few Americans had painted the negro, and with honorable
            exceptions such as Mount, they had made him a figure of fun. Homer was one of the first to
            picture him seriously."
            "Here for the first time in American art was a mature understanding of negro character, not in
            its humorous aspects only but in its childlike simplicity, its emotional warmth, its deep
            religiousness."
            "Negro physiognomy fascinated Homer and he portrayed it more accurately than any American
            had done before. His negroes were not blacked-up whites J they were drawn with a sure grasp
            of characteristic shapes of head and features, typical attitudes and gestures. There was no touch
            of caricature} on the contrary, an appreciation of the race's physical beauty that no
            predecessor had shown."

1879---          this may be useful for an art to art comparison...
            "His largest and most ambitious negro painting was Upland Cotton, exhibited at the National
            Academy in 1879. A reviewer called it "a remarkable penetration of Japanese thought into
            American expression. . . . The picture  is a superb piece of decoration, with its deep, queer
            colours like the Japanese, dull greens, dim reds, and strange, neutral blues and pinks. Japanese
            Art is not gorgeous, like the Turkish and Persian, but its peculiar and artistic subtlety has been
            assimilated precisely by Mr. Homer. This picture seems to us original and important as an
            example of new thought." Shortly after this it dropped out of sight, and it was only recently that
            a painting of cotton plants which had remained in Homer's studio, on being cleaned revealed
            two figures of negresses, showing that he later painted over this important work of his early
            years."

**THE MIDDLE YEARS   page 78**

**From the 1870s,**   **WH dedicated his time to watercolor.**
**He finely developed his Light and Color indoor and outdoor.**
He later transferred that into his oils.

1876   Academy - Boys sailing off Gloucester was said to be his best the Confederate Prisoners
   – favor of his watercolor over his oils

**1878**   **Full summer in Mountainville, NY** at a friend farm—scores of watercolors made
   **Fewer themes, finely honed skills.**
   The farm themes were popular and market successful
   Lighter and cooler hues in the paintings – perhaps his version in Impressionism
   Focused on outdoor Light
   Painted what he saw, tells what he felt, records what he knew.
   He wrote lengthy about what critics said...he is quoted there in the book...
   Light was more natural looking, even across the image—not like artificial light tools.
   The feeling of weather and time of day was in art.
   **New hues introduced –blues, blue-grays, whites.**
   Newer precision.
   **Foundations as swift drawn pencil, with much more transparency in paint over it.**
   **Thin washes**
   **Very close to the effects in Impressionism---emphasis on Light.**
   **He made large numbers of watercolors, he left them as they were, did not try to take**
   **them on to be more/finished compositions.**
   **More focus on new discoveries in watercolor than more advancement of his painting**
   **after he had completed it initially.**
   **Made more than 100 watercolor that summer.**

Centennial Exhibit in Philadelphia  [that was a landmark in American Art]
WH showed a lot
John F Weir singled our WH for commendation

Paris Universal Exposition
4 of his best paintings   Snap the  Whip, A Country School, A Visit from the Old Mistress, and Sunday Morning in
   Virginia.  Critics called out he peculiar American Art.  Comments made on the American
   Negro group of works....'exceedingly faithful and characteristic"  NO awards based on
   they felt they were not well-finished.

1880s   firm professional reputation as one of the outstanding American genre painters
   That was for a while, then he made great changes again

1881   travel to England at age 45, North Sea Shore, stayed at Cullercoats.
   Like America, he focused on the hard working everyday people.
   Worked in watercolor and drawing
   Focused group of subjects, over and over.
   Technical discipline advanced.
   Continued the techniques he gained in Gloucester.
   Added new flexibility, motion
   Figures larger on the page, rounder, more depth in image, more solid.
   Full painting with watercolor, not just over drawing.
   Washes gained body and strength.
   Used the white of paper as white—dropped of use of gouache.
   Lifted colour out of paper with brush

Kept transparency obvious, more rounded, light, not flat.
Mood of Weather, air climate in the art, movement of wind and wave in art
Linear rhythm of figures
Garments damp in wind like Greek Classics
Figures were new and monumental
Compositions were still traditional

1883    First Summer at Prout's Neck, and watercolour
        Painted rocks an surf

1890    **Thomas Benedict Clarke, Boston, Greatest American Art Collector**
        **took interest in WH work**
        took interest in local American artists, mostly living men artists
        by 1879 he had only 1 WH, *The Happy Family*
        as WH style matured, Clarke became WH greatest patron
        first of important WH purchased was *Eight Bellsy*.
        **By 1891 he owned six oils**
        **In 1892 he purchased 6 oils; of which 2 early negro subjects.**
        **Over the years, he purchased 16 watercolors**

Other relative info to his watercolors    book text quotes----
Page 197        Whereas the impressionists secured their chief contrasts
                between colors rather than between lights and darks, his work was still based
                on values, using a full range of tones from white down to the darkest. This,
                a result of his early experience as a black-and-white artist, had characterized
                his style from the first As he said to Beatty: "I have never tried to do any-
                thing but get the proper relationship of values; that is, the values of dark
                and light and the values of color. It is wonderful how much depends upon
                the relationship of black and white. Why, do you know, a black and white if
                properly balanced, suggests color."

                His handling had never been freer, his brush drawing surer, combining
                swiftness and absolute control. The touch was square, energetic, somewhat
                obvious, but masterly. In this most delicate of mediums he was attaining
                almost the force of his oils, and much more luminosity. In Rum Cay (pi. 50)
                even the negro's head with its highlights that look as if flicked in with a brush,
                so crisp and well-formed, is entirely transparent. Sargent with all his bril-
                liancy was incapable of such strength; he would have made the picture all
                clever illusion, but Homer kept the balance between naturalistic appearances
                and solidity.

                In watercolor his temperament found its perfect medium. Always essen-
                tially a graphic artist, his swift grasp of reality found full play in it. His
                watercolors contain the essence of his genius — the first fresh impact of nature
                on the eye, recorded in all its purity, unspoiled by labor. The transparency of
                the medium, with the white paper showing through, gave them a luminosity
                he never achieved in oil. The oil medium is a far more complex one and offers
                richer technical potentialities, but these he never exploited to the full. To the
                end of his life his oil technique remained direct and opaque — masterly within
                its limits but falling short of the full richness of which the medium is capable.

Other

You may know of this org, if not, they may be helpful at some point for accessing attorneys working in the art and cultural, art misappropriations realm.

ASIL  https://www.asil.org/community/cultural-heritage-and-arts
https://www.asil.org/community/member-directory

The **international law of cultural heritage and the arts** has typically been concerned with artistic objects and cultural property, yet in a broader sense the law of cultural heritage also applies to intangible aspects of culture, or "living" cultural heritage, which involves the customs and practices of traditional and indigenous cultures.

Some of the focal points in this area of law include:
- **the illicit trade in looted antiquities and stolen works of art;**
- **intergovernmental cooperation on interdiction;**
- the arbitration of disputes over ownership of works of art;
- the preservation of historic and world heritage sites;
- the rights of indigenous and minority cultures relating to the preservation of their "living" heritage;
- the protection of cultural property in armed conflict;
- museum law;
- and underwater cultural heritage.

Our Interest Group brings together practitioners, government officials, museum officials, scholars, and students with an interest in the international law of cultural heritage and the arts. The group's activities include publishing a newsletter, sponsoring panels and lectures on related topics, and promoting an exchange of ideas on this page.

**The Barry Courtney Collection, Tallahassee, FL**

The Barry Courtney Collection has within it a group of works of later 19th c original American Style Watercolours and ancillary materials relative to the works.  The items were purchased from an estate sale as bulk collection with its origin of Boston, MA.   The works are outstanding works of Watercolour.

One, in particular, has like/similar/same visual language of the premier American artist, Winslow Homer. From the close-estimation of age, artist language likeness and subject likeness, and Homer associated items with the art, it is possible some or all of the unsigned works are those of Winslow Homer.

Homer's family home was Boston, and he stayed and painted there for months of each year of his life. He sold and placed many of his original works with people in Boston and the surroundings of Boston. Boston was not an art city; it was a city of Literature.  When Homer developed his signature style of American images and formalized Watercolour as an art form of finished art, Bostonians collected all they could of his art.  It was Homer that began Boston on its path to becoming a city with art.  The single largest collection of his original works resides in Boston.  Many in Boston knew the long-standing Homer family in Boston, and in Maine.  They collected ancillary items with his art.  That was common practice at the time.

On that basis, this informal cataloging of the available Jpegs is prepared.

Comprising Group 1 of original works of art and related ancillary items acquired from an estate sale are works of art with a close and likely artisanship by Winslow Homer.


Group 1 of Barry Courtney Collection:
Original Watercolours:
Six Framed Watercolours
    Artist hand-scribed notations in pencil on the folio verso side
    Two have additional, or reuse for Watercolour on the folio verso
One additional Watercolour in that group was purchased the next week from another antique dealer
    The date of  "Jan 1/81" was scribed on the folio – indicating January 1, 1881

Ancillary Items within framed Watercolours [some Jpegs, not all]:
Twelve photographs and postcards with annotations referencing
Mr. Homer's Cottage & Mr. Winslow's Tent
Mr. and Mrs. Homer out boating (Worthley Pond), E. Peru, ME.
Hattie Savage Berry and her brother Homer Savage
Berry Milk, Maine postmarked 1907
Members of the Libby family – and Prout's Neck, Maine [originally mapped as Libby's Neck, Maine]

Posted on the owner's personal website:
- The faux-titles are current owner-placed and are not of the artist titling the works.
- The unsigned works do not have titles assigned by the artist.
- One work in the group has a date.
- Two works have scribed names and are presumed to be the subjects.

| | | |
|---|---|---|
| Sitting Boy | 5.25x5.5 | A portrait of a boy sitting cross-legged on the floor, quite possibly the artist's eldest nephew Arthur Patch Homer (bears penciled "Sept 1" on reverse) |
| Youth Leaning on Chair | 11x15 | A figure study of a Huck Finn-like youth leaning against a studio chair |
| Fan-shaped Landscape | 15x11 | A fan-shaped landscape with figures and cows, on reverse of above |
| Young Woman with Mantilla | 7x9 | A detailed portrait of a young woman draped in a black lace mantilla. She is probably Gloucester-Portuguese and is arguably Homer's historically-elusive "Mystery Woman" |
| Shoreline Reflection | 7x9 | On the reverse of the above, a water study with reflections |
| Unadorned Young Woman | 4x4.5 | One of a pair of portraits of young women (sisters?), one of whom looks to be the young woman wearing the mantilla (penciled "Ava" [??] lower right) |
| Young Woman with Garnet Earrings | 4x4.5 | One of a pair of portraits of young women (sisters?), one of whom looks to be the young woman wearing the mantilla (penciled "Carmen" lower right) |
| Mask with Books | 6x8 | A rare still-life featuring a classical mask propped against stacked books |
| Mannequin | 10x14 | An intentionally enigmatic study of a one-legged mannequin (this one bears the penciled "Jan 1 / '81" notation) |

The following informal cataloging follows the art label standards for Fine Art as it can be with the limited information available.

Formal Art labels present images of art as:
- *Title*, year
- Artist name, YOB -YOD [or YOD blank if living]
- Artist Nationality
- Medium/Process/Materials
- H x W   in inches or metric [inches are with fraction, metric is with decimals]
- Collection Credit, City, State, Nation

Group 1 of Private-Held Art Belonging to Mr. Barry Courtney, Tallahassee Florida

Comprising Group 1 of original works of art and related ancillary items acquired from an estate sale are works of art with a close and likely artisanship by Winslow Homer.

The works originated in Boston, MA, within a group-lot purchase from an estate and brought to Tallahassee by the first buyer of the estate content.  Mr. Courtney directly purchased the group he owns from the antiques dealer/broker in Thanksgiving Week of 1997.  The antique dealer/broker was Olde Things Antiques, a dealer and auctioneer of antiques and estate goods at 4940 Woodville Highway, Tallahassee, Florida. [now a closed/retired business.

The group purchased by Mr. Courtney were cash sales, and were:
Six Framed Watercolours
    Artist hand-scribed notations in pencil on the folio verso side
    Two have additional, or reuse for Watercolour on the folio verso
One additional Watercolour in that group was purchased the next week from another antique dealer
    The date of "Jane 1/81" was scribed on the folio – indicating January 1, 1881

From other antique and vintage dealers, at the T-Day week first offering, Mr. Courtney purchased additional items from the same estate lot they all knew was in the same boxes with the original watercolour folios purchased by Mr. Courtney.  Those are a dozen photographs and postcards with annotations referencing Mr. Homer's Cottage, Mr. Winslow's Tent, Mr. and Mrs. Homer out boating (Worthley Pond), E. Peru, ME.  Others identify Hattie Savage Berry and her brother Homer Savage, Berry Milk, Maine postmarked 1907.  Some identify members of the Libby family – and Prout's Neck, Maine [originally mapped as Libby's Neck, Maine]

Upon close study, the original works of art and the associated articles appear to more than likely to be works of Winslow Homer and being sold from an estate in his home town of Boston, MA.

Many people in Boston purchased his work, supporting the artist during his residential and studio work there.  The largest private-held collection of Homer's works are in Boston, sold to a private collector from the artist.  That alone encouraged local purchases by many people in the area.  The Boston support for Homer, and the great numbers of works sold and gifted by him in the area, are well documented and support the authenticity Mr. Courtney's collection are authentic.  The visual language, colors of the palette, and the folios used in the Watercolours held by Mr. Courtney are close in visual inspection to that of the record of works by Winslow Homer and warrant full authentication processes.  Many of what establishes 'the artist visual language signature' is visible in the works.  The definitive painter artist signature is made of pigments and colours, paper age and type, style and placement of action brush marks, use of Light and Colour for language, and in this case, the subject as contemporary and like other primary works by the artist.  It is the artist's visual language signature that is primary in the authentication of works of heritage and has been the practice of professional artists since The Renaissance masters began that practice.

Mr. Winslow Homer was the first artist in America to give image to the everyday of America in Watercolour and perfected his use of the new medium in his work of the last quarter of the 1800s and up until his passing in 1910.  Mr. Homer was the first American artist to bring individuality to American people and not follow the standards and styles of European art.  The probable and possible realization that these are original works by Winslow Homer is greater than not.  If so, they are property of Mr. Courtney while also being cultural history and cultural art of the USA.  Only a 'specific professional authentication skill' is known to prove and establish this with certainty, and only a few are credentialled to do so.



*Watercolour 1*, date ?
Unsigned
Watercolour on Paper
15 in x 11 in
Barry Courtney Collection, Tallahassee, FL



*Watercolour 2*, date ?
Unsigned
Watercolour on Paper
5 ½ in x 5 ¼ in
Barry Courtney Collection, Tallahassee, FL







*Watercolour 3*, date?
Unsigned
Watercolour on Paper
9 in x 7 in
Barry Courtney Collection, Tallahassee, FL

*Watercolour 4*, date ?
Unsigned
Watercolour on Paper
9 in x 7 in
Barry Courtney Collection, Tallahassee, FL

The ovoid-shaped Watercolours 3 and 4 are on recto and verso of one folio



*Watercolour 5*, date?
Unsigned
Watercolour on Paper
11 in x 15 in
Barry Courtney Collection, Tallahassee, FL


Other Watercolours in the Barry Courtney Website Table without Jpegs for this document:

*Watercolour 6*, date?
Unsigned
Watercolour on Paper
    Collector  described as 4 in x 4 ½ in, and one of two [a pair] of portraits.  Name of Ava penciled
    in lower right of folio.  Young woman wearing a mantilla-like head cover.  No jewelry is noted.

*Watercolour 7*, date ?
Unsigned
Watercolour on Paper
    Collector described as 4 in x 4 ½ in and one of two [a pair] of portraits.  Name of Carmen
    penciled in lower right of folio.  Young woman wearing a mantilla-like head cover.  A darker red,
    presumed garnet or ruby, earring is noted.

*Watercolour 8*, date ?
Unsigned
Watercolour on Paper
    Collector escribes as 6 in x 8 in still life with a classical styled mask propped by books.

*Watercolour 9*, January 1, 1881  [scribed is 'Jan/1 81'
Unsigned
Watercolor on Paper
    Collector describes as 10 in x 14 in partially developed, or a pre-study of a one-legged
    mannequin.

Ancillary Items with Jpegs are:



Ancillary 1, Post Card Front and Back

**Information for Image Assessment for Watercolour 1.**



**The View into the Painting:**
The artist invites us to view into the imaged from a frontal point of placement, slightly to the left of center and at the center or slightly lower in its height.  The green colour below the arm on the bentwood cafe chair back centers our view.  The portraiture subject appears to be a youth looking at the viewer straight on.  He is wearing pants that appear repurposed from Union military uniforms of The Civil War.

The cut, color, stripe on the pants indicate they may be US Army trousers, not civilian trousers.  The cuff ends appear to be unhemmed, as were the military pants to be hemmed to fit over boots when ordered by the soldiers.  The leg-ends are maybe 'let out' for the youth's height need, as it appears to be, indicated by the variation of the blue color not as faded as all other areas of the trouser textile.  The 'let out' may be an inside hem not previously exposed to sunlight.  What the pants appear to be a match for is:

- US Army Trouser M-1862.  1852 – 1871.
- 1858 Dark Blue was the regulation color of the wool.
- 1862 Sky Blue was the regulation color of the wool.

The NCO-Field Officer striping color was set by the branch of military.  General and Staff Officers did not wear stripes—or, generals could choose to wear a thin gauge double gold stripe of piping.
1861 NCO-Staff Officer trousers changed to a single 1/8" gold piping.

The portrayed pants are oversized/length for the youth wearing them, as it appears they are fitted high above the waist while not overlong in the leg.  The style seems to be what was the USA Union Army trousers that were worn loose with cuff openings for boots.  Suspenders [one-button front] were

standard for use to hold the pants, not waist belts [2 buttons for suspenders were an additional cost to the purchaser as were pockets. Officers had leg-length stripes. The trousers were also used in the Indian Wars with striping fee-based to the purchasers. Mounted trousers, for horsemen soldiers, had an extra layer of wool in the seat and inner leg, making them larger. Cuff slits made the pants fit over boots. The first of the US Army uniforms were colored after the Prussian Army uniforms while the cut was patterned after the French Armey uniforms. It is possible the long-stride look of the pants seen in the portrait was of that type and purpose.

The use of Light and Colour as the subject, and for image development, is close to what was developed by Homer as his mature work and his visual language signature in Watercolour. The light in painterly washes of color to form shape bears a resemblance to his other works after the Civil War as he turned to only painting the ordinary people in America in everyday life. That this solo portraiture is of an American of probable ordinary circumstance, and perhaps a young soldier, and has a resemblance to some of Homer's elements, a closer examination is warranted.



Reproduction Reenactment Gear



1861 US Army Cavalry Uniform

**About the Watercolor Paper:**
The 15 x 11 watercolor paper was a standard size at the time of Homer's art practice.
If the painting was a standard-sized paper, the edge would reveal this...was it woven and producer edged, did he cut from larger, was it laid, woven, cotton and archival, or a lesser cost of wood pulp-based paper. Homer purchased professionally produced watercolour papers and it is expected a maker's mark, watermark, will be in the paper and support accuracy in identification. Most professional artists working in the formative years of Watercolour in the NE of America purchased papers produced in England or France.

This painting does not appear to be a warped surface. That may indicate this was a coated watercolor paper for the prevention of water warping. Or the artist did not heavily soak with water pre-painting or during painting.

**About Brushes and Brush Strokes:**
Parallel to Cézanne, but not knowing of or following Cezanne, Homer used brushes to develop his own visual textures and was also early with a new use of vertical brush strokes [an artist path not taken against conventions before Homer and Cezanne].  The did this parallel, not in contact with each other. That is not to say this is guaranteed to be by Homer, it says that style and technique needs further examination in this one painting.

The developed background on this figure-on-ground portrait is developed with vertical strokes from a filbert-shaped brush and a hint of use of a round or straight brush.  The visual texture indicates the brushes were a soft and natural hair type.  The strokes move from upper to lower space, and merge from one colour to another from left to right.  The two saturated colours in the background are again used in/on the figure in lighter washes.  The preferred pigments of Homer's palette are like what is in the portrait and they are the gray with a blue base and a violet-brown that was a newly manufactured watercolour paint in the latter part of the 19th c.



Traditional Shapes of brushes that were professionally made
and available at the time of these Watercolours

**The Chair as Prop:**
The design of the chair was available as an original item at the time of the painting.  The chair design was by Michael Thonet, Austrian-German Designer [1796 – 1871].  Thonet was the inventor or steamed bentwood.  The most used wood was Beech.
Chair #1 began in 1850 and is what is painted in this portrait as a prop.
In 1851 he presented the chair as Design at the Great Exhibition in London [bronze medal winner]
In 1855 he presented the chair as Design in Paris at the Exposition Universelle.
He was supported/purchased by Prince Klemens Wenzel von Metternich when invited to the Vienna Court.


Chair No. 14

In 1859 he designed the Chair No. 14, or Konsumstuhl Nr. 14, coffee shop chair no. 14.  Chair No. 14 was called 'the chair of chairs'.  The chair was based on Thonet's invention of steambending wood for

production line designs with a consistency in final products.  Over 50 million chairs were made up to today with that design and process.  Today the design in reset as Chair No. 214.
Chair #14 won the gold medal for Design at the 1867 Paris World's Fair.

The chair in the painting is a Thonet bistro styled side chair, and appears as a painted solid wood seat, not caned.   This painting's chair appears to be of, or patterned after, the Chair # 14, first designed in 1859.  There is a rolled item painted green on the back of the chair, possibly a textile of some type.  Chair #14 began and established Thonet's global marketing presence. The making of the chair in nesting-capacity units, assembled for fitting, then disassembled into stackable parts into crates made the chair a great global market-shipping success.  36 chairs could fit into a single 1-meter cube.   Versions of the chair were made by Thonet, and some with a solid ovoid plank on the back rest [as is in this image].  NYC and Chicago were the primary points of import for the cafe chairs into the USA.

**Winslow Homer Paints and Palette:**
The majority of Watercolour Paints used by professional artists at the estimated dating of the Courtney Collection Watercolours sourced pure pigments and paint making components to blend their own, or from the manufactured cakes.  Because one Watercolour is close to what was known as the style and colours of Homer, we will include information about his palette of choice.  While he chose his colours and pigments, the material type would have been used by most aspiring artists in the NE of the USA as well as the war-correspondence artists and the travel artists for journalism and publication.

The original paint palettes of Winslow Homer went under analysis.  The results of 19 of his Windsor-Newton moist watercolors were made by Craigen Weston as a formal research project.   The palette is now in the Homer Collection at Bowdoin College Museum of Art, Brunswick, Maine.  Homer placed labels on wings of the boxes.  See Fig 1 and Fig 2. Pigments were identified and correspond with the labels.






Figure 1                                    Figure 2

The website https://cool.culturalheritage.org/jaic/articles/jaic19-02-006_indx.html
Presents the table of summary of paints indicating R for Right and L for Left and in numerical order.  There are a 20th pigment, L1 and L2 that were not identified.  Analysis was with emission spectrography, Debye-Scherrer X-ray diffraction and microscopy.   Infrared spectroscopy was also used with samples R2, R4, R5, and L4, and thin-layer chromatography with the two lakes, L3 and L5.   The works in the Courtney Collection can be accurately tested and authenticated as being, or not, of Winslow Homer with this data.

Below is a list of colours/paints in the Winslow Homer Palette at Bowdoin College Museum Museum of Art.  The most unusual of the 19 colours is L3.  L3 is  dull violet-brown lake   principally of Alizarin with as substrate/undertone containing Iron Salt.  Elements in the Watercolour 1 are digitally-visually a match to that pigment and paint and warrant further investigation.

Sample and Color Pigment identification (and composition)

R1 Brown
Brown earth or burnt umber (calcite, clay, iron oxides)

R2 Blue-green
Green earth (celadonite); bluish tint is due to small amount of Prussian blue, which is probably a contaminant

R3 Blue
Prussian blue ($Fe_4[Fe(CN)_6]_3$), extended with alunite ($[K, DNa]Al_3[OH]_6[SO_4]_2$)

R4 Yellow
Indian yellow (Mg and Ca salts of euxanthic acid)

R5 Dark green
'Hooker's green' (Prussian blue and gamboge)

R6 Black
Bone black or ivory black (carbon and $\beta$-$Ca_3(PO_4)_2$)

R7 Orange
Vermilion (HgS)

R8 Orange
Vermilion (HgS)

R9 Rust orange
Burnt siena, Mars orange, or a similar pigment (hematite, calcite)

R10 Orange-yellow
Cadmium yellow (hawleyite or $\beta$-CdS)

L1 Brown
Organic brown, possibly Van Dyke brown or Cologne earth (bituminous earth)

L2 Brown
Organic brown, possibly Van Dyke brown or Cologne earth (bituminous earth)

L3 Dull violet-brown
Red lake pigment (alizarin and a lesser amount of carminic acid); substrate possibly contains Al and Fe

L4 Yellow-green
'Hooker's green' (Prussian blue and gamboge)

L5 Bright red
Red lake pigment (carminic acid and a lesser amount of alizarin); substrate is calcite and possibly also contains Al

L6 Brick red
Red ochre, Indian red, or a similar pigment (hematite, quartz)

L7 Orange
Chrome orange(Pb2CrO5)

L8 Orange-red
Vermilion (HgS)

L9 Brown
Organic brown, possibly sepia

ACKNOWLEDGEMENTS
Bowdoin College Museum of Art, which made the pigments available for analysis.

REFERENCE
R. Craigen Weston, Appendix B (Pigment Analysis), in Marjorie B. Cohn, *Wash and Gouache: A Study in the Development of the Materials of Watercolor* (Cambridge, Mass: Center for Conservation and Technical Studies, Fogg Art Museum, and the Foundation of the American Institute for Conservation, 1977), pp. 67–70.

**Winslow Homer Name-Signature**
While minimal writing is included on the originals, referencing the one possible artist signature against what is there will provide information.

It is the visual language signature of an artist that becomes evident in true authentication.  That was the standard set in The Renaissance and why masters did not place written names on works of art.  Moving that thought forward in the NE USA, it was Thomas Cole that developed his artistic signature and was the first to develop the American Landscape standards in oil painting.  It was Winslow Homer that developed his artistic signature and developed the American Portrait Standards in Watercolour.  Each have identifiable style, techniques and pigment formulations in their colour mixing as they painted.



November 8, 2020

Memo

To:     M B Adelson
Fr:     C W█████████
Re:     Notes for Courtney Case
        Caution with regard to the A B Gerdts statement

With reference to the Abigail Booth Gerdts letter to Mr. Courtney, I feel the need to suggest caution and an alert. When a professional commits to framing statements it is usually in line with fact of record and with at least stating a range of exception in statements.

There is a significant difference between the statement by Mrs. Gerdts regarding the work held by Mr. Courtney and the only authorized chronology/biography of Winslow Homer with regard to his having never taught students. She states the art is likely by one of his students. Because of her background in work, being married to the primary American Art History author and professor, and at the time she drafted that letter to Mr. Courtney on the letterhead of The Whitney Museum of Art, she knew that was not correct. The Whitney is home of the solo published Homer chronology, and she had full access to the first-hand knowledge/book of what is correct. She had access for quite a long period of time. It does not add up that she, in particular, would make the opinion-statement she made in the letter to Mr. Courtney that the work was not that of Homer, but a student. So, alert and need to look deeper is advised.

To understand the work held by Mr. Courtney as having a greater possibility of being a match to one specific set of work by Homer, we need to understand its trace up to and including his work in the summer of 1880, and his own statements regarding teaching of others. That has been detailed in the greater document prepared and provided earlier to you. Because there is only one authorized work and life chronology of Winslow Homer, all must go back to that single source as first-hand knowledge and record. In 1944, the first authorized chronology for Winslow Homer as professional artist was established with first-hand knowledge and records. It was Mrs. Gertrude Vanderbilt [Henry Payne] Whitney, the 1931 founder of the Whitney Museum of American Art in NYC, that organized and hosted the work processes to produce the first and only authorized chronology of his lifetime of artisan work.

If any other books hold any information regarding Homer's comments regarding his work, that might be within the books and records of his primary collector Thomas Benedict Clarke, and the two books authored by Samuel P Avery, his only agent. Those books were not sourced for the earlier research. It is known that all other writings are second and further generation of writings and interpretations by art historians, curators and critics.

Going back to the book, WINSLOW HOMER, the artisan's personal notes and records held by family state he did not teach anyone. He made a note to show he advised a beginner painter on how to set up a palette. That was not instruction of painting. What can be understood early in this is that Winslow Homer was self-taught and could not and would not attend formal art education, he preferred self-development and a life as mostly in solitude for his art. His personal life records do not include that he ever taught others.

Before his passing, and before the 1944 release of WINSLOW HOMER, it was known that Winslow Homer would not write a biography and would not authorize or cooperate for a biography. He left notes and work records. However, the first unauthorized attempt at a biography was by William Howe Downes, an art critic of the Boston Transcript. Homer refused his request, and Downs wrote and published his views without permission in, *The Life and Works of Winslow Homer*, Boston, New York, Houghton Mifflin Co., 1911.

The book, *WINSLOW HOMER*, was published in 1944, by The Whitney Museum of American Art . The book was first presented at the Whitney Museum of American Art, New York, Apr. 3-June 3, 1973; then Los Angeles County Museum of Art, July 3-Aug. 15, 1973; and followed by the Art Institute of Chicago, Sept. 8-Oct. 21, 1973. Since that time of first release, that official content has been available to all art critics and art historians for any scholarship endeavors.

In 2012, *WINSLOW HOMER* was funded by the Metropolitan New York Library Council for digitization and online access.  That is available through the Internet Archive at http://archive.org/details/winhomer00good  In that book, we are informed his family provided his notes and statements that establish that Homer did not teach students.

Page | 2

Going back to the letter from Mrs. Gerdts to Mr.. Courtney, the quick dismissal of the original works of art bearing numerous similarities to other works of Homer, especially in the summer of 1880, is suspect.  Why would an art collector make such a statement?  Why would anyone with her particular record in marriage, collection, association, access to original records, frame and distribute such a statement on letterhead of The Whitney Museum?  Her record follows to indicate she had access to the sole authoritative book and record on Homer.

> Mrs. Gerdts earned her Bachelor, Radcliffe College, 1959; postgraduate, Syracuse University, 1962-1963. Her career and marriage gave her access to vast records of art history.  Her marriage was to William Henry Gerdts, a highly accomplished art historian and professor of Art History with CUNY Graduate Center as well as author of 25 books in American Art history.  Mrs. Gerdts record is of Secretary, Corcoran Gallery of Art, Washington, 1959-1961; research assistant department painting, Museum of Fine Arts, Boston, 1961-1962; registrar, Lowe Art Center, Syracuse (New York) U., 1962-1963; curator National Collection Fine Arts, Smithsonian Institution, Washington, 1964-1970; coordinator bicentennial inventory of America paintings, Smithsonian Institution, Washington, 1970-1977; coordinator index of exhibitions, Smithsonian Institution, Washington, 1977-1978; private practice consultant, New York City, since 1978; curator, archivist, National Academy of Design, New York City, 1980-1989; director, editor Winslow Homer Catalogue Graduate Center, CUNY, since 1990.  Within her Whitney Museum association, and with her husband's work years and 25 published works, it is fair to say she was aware of the solo-authorized chronology with its inclusion of Homer's notes, and quotes.  That includes the only direct source by the artist that states Homer never taught students.

There is a need to question why would Mrs. Gerdts write such a quick dismissal when on view there are many likenesses and why further state it was likely one of his students when she had access to knowing he did not teach.  Also, it is known not many copied or tried to copy him.

For convenience if is helps, a style development and independent work development from 1861 to 1883 forward follows.  At no pint in record does Homer note or record he taught, and that is well known as established record by art historian, curatorial and critics.

1861    Drawing, Illustration and Lithographic Drawing Only Until 1861.
        First Oil Painting Began
        1 mo of once a week lessons in Boston [brush and palette lessons] [Rondel, Fr landscape painter]  taught
        WH how to observe, how to begin painting from observation. That was his only studio art education.
        "Thus the extent of Homer's art education, as far as we know, was two years in a lithographic shop,
        some study at a Brooklyn drawing-school and the National Academy, and four or five lessons from a
        second-rate artist in the most elementary procedure of painting. Everything else he learned for himself.
        Most of his training he got by the actual practice of his profession. Certainly if any artist deserves to be
        called self-taught, it was he. Not that this was an advantage — indeed, this meagre instruction showed
        in his oil technique to the end of his life. But it is doubtful whether in the America of his time he could
        have found any better training"

1862    Homer First-purchase of Oils in the summer
        First Oil Painting was *Sharpshooter*, published by Harper's Nov 15, 1862 [Civil War soldier, non-combat]
        In his 30s, began a return to his mother's teaching of Light and Colour in her watercolour.
        Explored impression type brush work for language and style.
        As a drawing artists, he held developed subject and brush techniques that were his own and over his
        lifetime always reflecting he was based in drawing and illustration.  Light was as it was in nature, not
        artificial light.

        He did not follow or copy any other of the experimental impressionists.
        Between 1862 and 1865 he moved in his own direction of minimal colours, shadows becoming image
        and subject, going from warm darks to neutral then into rich tones with few colours.  rich with brush
        marks.  He said in his notes that if an artist wants to learn something, they needed to observe and
        engage nature and self-develop.  That was a part of his non-academic self-taught path.
        That and his break-away from the practice of 'accademia' in Europe that was being taught in America to
        begin his own personal American Style.
        We can say it was an independent style because in 1861 he attended only 4 class sessions with Rondel in
        Boston and left to self-explore and became self-taught thereafter.
        He began that new style of loose brush work for exploration before the 'impressions' had begun in
        western Europe.
        He did not travel to France until well after he began his own loose, painterly strokes and light and
        shadow as subjects.  His innovations came from the explorative.
        He was among the several artists that simultaneously developed new brushwork and use of 'negative'
        space as subject and images.
        It was not until in the late 1880s that any western European impression art came into the USA for view.

1866-67   travel into France in 1866.  returned home in October 1867:
        Homer stayed in the French countryside, not is cities, and worked alone as his friend and travel partner
        visited cities for parties.  Before travel he sold paintings at a gallery to raise funds.  The great Universal
        Exposition in Paris featured two paintings of Homer and were written about saying they were precise in
        the manner of Gerome, and that he painted what he saw...meaning they were an individual artisan
        work, and not in the style of European academic trained paintings; nor as for Salon.
        During his year in France, he attended no classes and did not visit artisans.
        He did visit The Louvre for art observation.

        Because of the loose brush work in simultaneity with others, some have projected thoughts onto him
        saying he was influenced by Monet and Cezanne.  That cannot be so.  He worked alone in the French
        countryside for the paintings he made while there.
        French artisans did not make their significantly painterly style changes until in the 1880s.

French impression art was not out in public view until after Homer was in France.
Monet had barely begun his impression work and what he had was not yet seen in the public view.
Cezanne did not begin his true impressions into abstractions until the 1880s.
After and into the 1880s, their works were introduced into the USA.
Homer was well into his own stle development and was nearing style maturity in the 1880s.  He was working in Watercolour for his style and techniques, others in Oils.

Homer stood solo in his style against the impressionists and any other artisan---impressionists contrasted colours one against the other.  Homer worked only with contrast of Light and Dark.
Homer did not expand his palette but he greatly contrasted light and dark tones.
NO other artisans did that at his time.


When his paintings in France are reviewed---it can be seen his French landscapes were lighter in colour and tone than his work in NE USA.  Soon after his return to the NE USA, his colours returned to darker tones.  Later, we can see the later works of Manet and Homer's after 1867 look more similar in tone while not in style.  They were parallel in personal style development.  How Monet, Cezanne and Homer were alike was that each was self-taught and self-developed.  The chronology of Homer in where he was and when reflect his independence just as do the records of work and lifestyle for Cezanne and Monet.


1874    career height of Homer in Illustration and Lithography for publication.  Work for Harper's Magazine.
        Homer ceased all commercial art for publication, went into a private studio practice.
        First year of Watercolour as Finished Paintings [not studies or tronies].

1870s,  his darkest darks and lightest lights from his litho work began to appear in his watercolour.
        Taking Watercolour seriously took him back to his childhood lessons with his mother, a very accomplished watercolour artisan. With her he had enhanced his drawings by use of touches of watercolour.  He began serious self-study and development of Watercolour for his work and a new way of working with the medium.
        He used the brushes as he used pencils—his drawing techniques and style was within the brush strokes.  He had no hesitation with the brush and that was as he had done with pencils.
        That technical aspect was in all his watercolours and was uniquely his own.
        Homer's palette became his signature—white, yellow ochre, red ochre, permanent blue and raw sienna.

        Samuel P Avery, an art dealer in NYC, was the first showed Homer's watercolours.
        [As a master copper plate engraver, Avery saw into Homer's work his watercolours as new and from a drawing and printmaking background.  Avery pioneered art collecting and art as dealer [two diaries on the subject and record].
        The American public loved Homer's Watercolour, accepted them for purchase and collecting because they were unique as American in subject and style.
        Art critics wrote against him as not valid because he was not like the European academically trained master artisans.  That alone supports his being self-taught and self-style developed.
        Homer's American Individuals and American Landscapes emerged and were heavily collected in America.
        Art critics were ignored by the public.  Americans wanted an American style in art.  Homer's style and Watercolour as medium were desired.
        Homer held to his realism style while he changed his brush strokes to be like his pencil work, and light, shadow and space became image as they were in, around and behind his people as subjects and composed the landscape.
        Changed his work to be more masculine, more male subjects, fewer female subjects.
        Tones and brush strokes matured into visible and tonal.

1875    big change in work.  He revisited Petersburg, Virginia, first since The Civil War.
Returned to one of his favorite subjects with new ideas.  He favored painting the American Negro as subject during the war when he sent time with the troops, and again on the trip.
He worked in Oil and Watercolour on the travels trip to Petersburg. Some of those paintings are considered some of his best works.
In that set of paintings, Homer worked and became recognized as the first painter to develop the correct/actual in the craniofacial development of the Negro features as well as skin tone developments.
He painted the women at work as much as the men.  Both set those works as unique in the American Culture and establish a place in American cultural history.

1876    National Academy exhibited *Boys Sailing Off Gloucester*, said to be his best Watercolour.
National Academy exhibited *Upland Cotton*, his largest Watercolour, and established as new art thought

1876-1880    he worked in Watercolour and began more changes closer to 1880.
He drew first and included his pencil lines in the Watercolors saying they belonged.
He was the first to so such and that is a benchmark in Art History.

1880    summer spent on an island in Massachusetts to work and push his boundaries.
He painted over 100 Watercolors that summer while making his great change.
He made writings that spoke of what he knew, what he thought, and wanted to leave records.
He also wrote what he felt about what art critics were saying.  He is quoted in WINSLOW HOMER.
He strongly disliked artificial light—for his use and in paintings.
He favored natural light, for his use and in paintings.
He painted feelings of time and weather in his images...
He introduced new commercially available paint pigments by Prang...blues, blue-grays, and new whites.
He left most or all of the over 100 Watercolours that summer as unsigned.
They were new, distinct and needed no signature as he had advanced Watercolour into something new.
He focused on his new, his discovery of new, in the paintings more than on the subjects.  When he solved the curiosity in each one, he stopped, he said it was completed in his writings.
The majority of the over 100 paintings are held by Harvard Art Museum.

Homer exhibited and was recognized as a leading painter in a new genre...Watercolour.
1880    The Centennial Exhibition in Philadelphia was a landmark in American Art.
The Paris Universal Exposition—exhibited 4 of his best paintings.  *Snap the  Whip, A Country School, A Visit from the Old Mistress, and Sunday Morning in Virginia.*
        His American Negro paintings were listed as 'exceedingly faithful and characteristic' but he received no awards in the show as they were considered to be unfinished in Europe.

1881    travel to Cullercoats on N England coast to paint.
As in America, he painted the everyday laborers including the women at work.
He worked only in his new Watercolour and Drawing.
Figures were larger and filled more of the paper.
He fully painted in Watercolour, not painting over drawings.
He painted away from the white of paper for whites [a European ideal in Watercolour].
He lifted wet paint out of the paper for lighter values.
Moods were prevalent in image.
Garments were worn and wet in image as were garments in Grec Classics.

1883    Spent his first summer at Prout's Neck Maine.
He painted full time and in Oil and Watercolour
New subjects in landscape—rocks and surf.
Thomas Benedict Clarke added Homer to his collection and began what would become the greatest single holder collection of Homer art.

From 1883, Homer is quoted in WINSLOW HOMER as saying to Beatty,
"I have never tried to do anything but get the proper relationship of values; that is, the values of dark and light and the values of color.  It is wonderful how much depends upon the relationship of black and white.  Why, do you know, a black and white if properly balanced, suggests color."
That statement reflects his lifelong development of Drawing and Printmaking.  No matter how dark he painted in some areas, it was his lightest lights and white of the paper that held a luminosity he never achieved in Oil.   In Oil he painted direct and opaque, never translucent or transparent.

After 1883
Critics and historians tend to compare or relate Homer to Thomas Eakins and that is not correct.
Homer was the earliest artist of any to reach maturity with Watercolour, the first to be accurate and correct with the anthropometrics and tones for the American Negro, and was rated as the top watercolorists in America based on those achievements through self-developed efforts.  Eakins, a true academic artist out of Philadelphia, matured at later dates than Homer, did master the substance and structure of use of Watercolour, and that is important in American Art History while not connected to Homer.  Both worked and established their styles in Oil and Watercolour and while they working tonal and value emphasis, did not do so with each other.  Their works are not alike in development.  They are alike in the artists fascination and preference of portraying actual American individuals.  The 1876 exposition accepted Homer's work but accepted only one of Eakins work.
Eakins did not reach critical recognition until 1902, long after Homer reached critical recognition.  Eakins did teach hundreds of students later in life and was known as a psychological predator for some of his students as is ongoing in research today.  Both contribute in their own way in art to American History, and American Cultural Heritage with their achievements.  Both have biographical writings by Lloyd Goodrich without connections to each.

In summary,
The book WINSLOW HOMER presents Homers' notes and records held by his family that state he did not teach.  There were no notes from the artisan records of teaching.   There are no paintings by beginners that indicate they were taught by Homer, or personal records from anyone saying they were taught by Homer.
There is only one note by Homer that indicates he gave advise to a beginner in painting.  That advise was how to set up a palette.  He told the person how to set up the palette for work and success.  Based on his life and work it does not seem likely any records of him teaching can be found.  Homer began by being taught from his mother and experiences from his own explorations.  Homer always acted, and believed in, self-exploration for development.  That was not so unusual for that time and indicates he was not likely to want to teach others.

**Winslow Homer**



*Potomac Soldiers Waiting for Coffee*, 1863
Lithograph
36 x 27.5 cm
Publication by L. Prang & Co, Boston MA.
Library of Congress, USA



*Upland Cotton*, 1879-1895
Oil on Canvas
49 ¾ in x 30 in
Weil Brothers Collection, Montgomery



*Boys in a Dory*, 1873
Watercolour over Graphite Drawing
9 ¾ in x 13 7/8 in
Metropolitan Museum of Art, NYC

Winslow Homer developed a new and individual style of American Landscape, American person portrayal, and American Watercolour. As a child artisan taught by a mother working in traditional Watercolour, Homer grew up drawing and painting. At age 14 he entered into an apprenticeship for lithographic presses and began a path in Art for his excellence in numerous areas of work for others. For decades he worked with independence from academic training.

Homer became known for his war correspondence art from a lithographic beginning that recorded the ordinary soldier routine in their military lives. In his 30s, creating an American Landscape became primary in his subjects. He revisited his lessons from his mother for Light and Colour as primary. His Realism style began to emerge in his American Landscape as much as ordinary people in the landscape. He began using warm tones for shadow, and shadows became subject when most used cool tones. His lithographic pencil work transferred into his brushwork and revealed his draftsmanship in paintings. That became a part of his mature art signature later in life.

Homer relied on his eyes, his seeing, to work for images in paint. He did not copy or significantly study other artisans. Homer's travels into France and England for work were into the countryside and seaside. He spent time with the working people and nature, not in cities or art museums. He returned to high levels of commercial illustration for a while for income. In the summer of 1837, at age 37, Homer began a serious study of Watercolour. His use of drawing and pencil combined with the washes in small works. Those were some of his most profound pieces of all he created. He is known to have had his only student in that summer, and that was to show the student how to set his palette like his own with white, yellow ochre, red ochre, permanent blue, and raw sienna.

Homer began showing in exhibits in 1863 and secured agency representation in NYC. Critics noted works in American exhibits as that of an independent artisan. While most artists held to the English and Salon [France] traditions, Homer broke away and used flesh-colored tones for flesh. He did not use Colour to make drama and emphasis, he painted as it was, and that was nature-based. His relaxed American landscapes for real places also broke from the European conventions. His paintings were

straight-forward portraits where subjects were the image without a story.  While critics did not always understand his work, they could not disregard it on artistic merit.  His originality of mood was felt and therefore accepted by the public and critics.  At that point in work, Homer turned away from art and literature and turned to art alone.  He left behind his Boston influences for literature and his professional career for publications.

By 1875 his painting was mature, and he returned to a favored subject—the ordinary American people.  He began with his artistic fascination for skin tones and accurately portraying the 'negro' skin colours that started on his Civil War art that went into black/white mass publication prints.  Homer was the first artisan to learn how to portray actual features and skin tones of the American Negro with accuracy.  No longer were these Americans painted as an American of Europe with paint color to darken the skin tones.  Homer gave each portrait its accuracy with a warmth of affection.  In 1879 he broke away from the mass-clone look of people established in European painting in the 1800s.  For the first time, an artist showed why the daubing of impressions was not meaningful.  He also set up that a portrait should not have a background setting as it was not a part of a portrait.  In *Upland Cotton*, he shows us the first accurate painting for non-white Americans as a national labor force that included women.  In doing so, he portrayed a part of America as he had done earlier for England.

The 1870s were a time of significant challenges to making new and individual art.  In addition to his truth in portraiture, Homer focused on outdoor art with light, shadow, and colour.  In 1878, Homer worked only in watercolours and embraced new pigmented paints available in the market.  He introduced fresh blues, blue-grays, and whites.  He drew precisely and left

pencil marks in his paintings. He emphasized Light as was done in Impressionism but did not paint like Impressionism.  He made over 100 watercolours that summer and left them as unsigned and some as his new unfinished work. He left them in states of completion as his choice.  He was focusing on what to accomplish in making Watercolour his.  In doing so, Homer established American Watercolour.  That standard lasts to today as the measure and gauge for excellence.

In his new painting style with paints of water, Homer shaped Watercolour to be American.  He did not set up the paintings as Light and Dark. He painted fully in values using a full range of tones from white to deep darks.  It is Homer that established what came to distinguish American Watercolour from European Watercolour.  He believed that if you use Black and White and paint with those two as balanced mixes between the two ends, you are using them as Colour.  He focused on being proper with the relationship of values.  In Europe, only Light was considered important. His value emphasis matched his brush strokes as if pencils gave a swiftness to his image development, and brushstrokes were purposefully visible.  He worked in that for all his water-based and oil-based paintings in the future.  From that point on, he achieved maximal brilliance in Watercolour while not achieving the same in Oils.

Homer refused several attempts by people to write a biography of him.  Some exist but were never approved of by the artist. The first and only correct and authorized biography of his life and work from first-hand sources was by family and friends.  That accurate biography is WINSLOW HOMER, published by The Whitney Museum of American Art and made available online by the Metropolitan New York Library Council [2012] with the Internet Archive: http://archive.org/details/winhomer00good



S | 1064 | STORAGE-HOUSEHOLD & COMMERCIAL | yellowbook | © 1050VF

# ezStorage

### Maryland's Largest Self Storage Company
### Clean, safe, secure storage for personal or business items.

☐ Online Reservations
☐ Online Bill Pay
☐ Resident Managers
☐ Computerized Gate Entry
☐ Video Surveillance
☐ Every Unit Alarmed

☐ Fenced & Lighted Property
☐ Climate Controlled Units
☐ Drive-up Loading & Unloading
☐ Packing Supplies Sold
☐ Property Protection Available
☐ Open 7 Days A Week

## 1-877-GO STORE
## WWW.ezStorage.com/ymd

### Bethesda/Westbard/Kenwood
5329 Westbard Avenue
**301-718-4600**



### Rockville
12311 Parklawn Drive
**301-881-8151**

### Gaithersburg
807 S. Frederick Avenue (Rt. 355)
**240-683-8060**

### Germantown
12211 Middlebrook Road
**301-528-2020**

## Other Convenient Locations

### Takoma Park/Langley Park
1352 Holton Lane
**301-445-2693**

### Lanham
5201 Forbes Boulevard
**301-429-3434**

### Bowie/Crofton
14211 Gallant Fox Lane
**301-262-1600**

### Brentwood/Hyattsville
4814 45th Street (Rhode Island Ave)

### Beltsville/College Park
10601 Rhode Island Avenue

### South Laurel/Upper Marlboro

